UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF WOBURN, et. al. | ) |
| Defendants | ) |

## PLAINTIFF'S AFFIDAVITT OF SERVICE

1. I, Peter J. Donovan, had Francis J. Mendes, Constable for the City of Woburn and Commonwealth of Massachusetts, hand deliver a copy of Summons and a copy of the Complaint to each Defendant on April 1, 2004.

2. Frank J. Mendes is not related to any party listed in complaint and is over twenty one years of age.

3. The U.S. Clerk of Court's did not direct me nor order me to use U.S. Marshall's office when issuing summons and complaint upon defendants.

Signed under the pains and penalties of perjury on April 4, 2004.

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-467-7019 (work)
781-643-2848 (home)

# RULES OF CIVIL PROCEDURE
## FOR THE
## UNITED STATES DISTRICT COURTS[1]

**Effective September 16, 1938, as amended to December 1, 2003**

### I. SCOPE OF RULES—ONE FORM OF ACTION

**Rule 1. Scope and Purpose of Rules**

These rules govern the procedure in the United States district courts in all suits of a civil nature whether cognizable as cases at law or in equity or in admiralty, with the exceptions stated in Rule 81. They shall be construed and administered to secure the just, speedy, and inexpensive determination of every action.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Apr. 22, 1993, eff. Dec. 1, 1993.)

**Rule 2. One Form of Action**

There shall be one form of action to be known as "civil action."

### II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS

**Rule 3. Commencement of Action**

A civil action is commenced by filing a complaint with the court.

**Rule 4. Summons**

(a) FORM. The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, and state the name and address of the plaintiff's attorney or, if unrepresented, of the plaintiff. It shall also state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in a judgment by default against the defendant for the relief demanded in the complaint. The court may allow a summons to be amended.

(b) ISSUANCE. Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in proper form, the clerk shall sign, seal, and issue it to the plaintiff for service on the defendant. A summons, or a copy of the summons if addressed to multiple defendants, shall be issued for each defendant to be served.

(c) SERVICE WITH COMPLAINT; BY WHOM MADE.

   (1) A summons shall be served together with a copy of the complaint. The plaintiff is responsible for service of a sum-

---

[1] Title amended December 29, 1948, effective October 20, 1949.

(1)

**Rule 4**     FEDERAL RULES OF CIVIL PROCEDURE     2

mons and complaint within the time allowed under subdivision (m) and shall furnish the person effecting service with the necessary copies of the summons and complaint.

(2) <u>Service may be effected by any person who is not a party and who is at least 18 years of age</u>. At the request of the plaintiff, however, the court may direct that service be effected by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or is authorized to proceed as a seaman under 28 U.S.C. § 1916.

(d) WAIVER OF SERVICE; DUTY TO SAVE COSTS OF SERVICE; REQUEST TO WAIVE.

(1) A defendant who waives service of a summons does not thereby waive any objection to the venue or to the jurisdiction of the court over the person of the defendant.

(2) An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons. To avoid costs, the plaintiff may notify such a defendant of the commencement of the action and request that the defendant waive service of a summons. The notice and request

(A) shall be in writing and shall be addressed directly to the defendant, if an individual, or else to an officer or managing or general agent (or other agent authorized by appointment or law to receive service of process) of a defendant subject to service under subdivision (h);

(B) shall be dispatched through first-class mail or other reliable means;

(C) shall be accompanied by a copy of the complaint and shall identify the court in which it has been filed;

(D) shall inform the defendant, by means of a text prescribed in an official form promulgated pursuant to Rule 84, of the consequences of compliance and of a failure to comply with the request;

(E) shall set forth the date on which the request is sent;

(F) shall allow the defendant a reasonable time to return the waiver, which shall be at least 30 days from the date on which the request is sent, or 60 days from that date if the defendant is addressed outside any judicial district of the United States; and

(G) shall provide the defendant with an extra copy of the notice and request, as well as a prepaid means of compliance in writing.

If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

(3) A defendant that, before being served with process, timely returns a waiver so requested is not required to serve an answer to the complaint until 60 days after the date on which the request for waiver of service was sent, or 90 days after that

3            FEDERAL RULES OF CIVIL PROCEDURE            **Rule 4**

date if the defendant was addressed outside any judicial district of the United States.

(4) When the plaintiff files a waiver of service with the court, the action shall proceed, except as provided in paragraph (3), as if a summons and complaint had been served at the time of filing the waiver, and no proof of service shall be required.

(5) The costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service under subdivision (e), (f), or (h), together with the costs, including a reasonable attorney's fee, of any motion required to collect the costs of service.

(e) SERVICE UPON INDIVIDUALS WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States:

(1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or

(2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

(f) SERVICE UPON INDIVIDUALS IN A FOREIGN COUNTRY. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in a place not within any judicial district of the United States:

(1) by any internationally agreed means reasonably calculated to give notice, such as those means authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; or

(2) if there is no internationally agreed means of service or the applicable international agreement allows other means of service, provided that service is reasonably calculated to give notice:

    (A) in the manner prescribed by the law of the foreign country for service in that country in an action in any of its courts of general jurisdiction; or

    (B) as directed by the foreign authority in response to a letter rogatory or letter of request; or

    (C) unless prohibited by the law of the foreign country, by

        (i) delivery to the individual personally of a copy of the summons and the complaint; or

        (ii) any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served; or

(3) by other means not prohibited by international agreement as may be directed by the court.

**Peter J. Donovan**
**35 Longmeadow Road**
**Arlington, MA 02474**
**781-643-2848**
**Mobile: 617-680-4279**

April 5, 2004

Civil Clerk's Office
United States District Court
1 Courthouse Way – Suite 2300
Boston, MA 02210

RE:   Peter J. Donovan v. City of Woburn et. al.
      United States District Court Case No: 04-10614RWZ

Dear Sir/Madam:

Enclosed for filing and docketing pertaining to the above-entitled matter, please find the following:

1. Plaintiff's Affidavit of Service
2. Summons

Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to contact me directly.

Sincerely,

Peter J. Donovan