AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Peter J. Donovan

v.

City of Woburn et. al.
(Edward Robertson)

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 - 10614 RWZ

TO: (Name and address of Defendant)

Edward Robertson
16 Hart Place
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  3-30-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 1, 2004 |
| NAME OF SERVER (PRINT) Francis J Mendes | TITLE FRANCIS J. MENDES CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons Left inside the side Porch wedged in the inside door. 16 Hart Place - Woburn MA 01801

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL $5.00 | SERVICES $25.00 | TOTAL $30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/04
                  Date                                   Signature of Server

10 Ahasan Rd
Woburn MA 01801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.