AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Peter J. Donovan

V.

City of Woburn et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04:10614 RWZ**

TO: (Name and address of Defendant)

City of Woburn
10 Common Street
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  3-30-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | APRIL 1, 2004 |
| NAME OF SERVER (PRINT) Francis J. Mendes | TITLE FRANCIS J. MENDES CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Woburn City Hall - 10 Common St Woburn MA 01801. Accepted by William Campbell (City Clerk)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $5.00 | SERVICES $45.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/1/04
Date

Signature of Server: Francis J. Mendes

Address of Server: 10 Akeson Rd, Woburn MA 01801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.