AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Peter J. Donovan

v.

City of Woburn et. al.

(Owen McCaffery)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

## 04 10614 RWZ

TO: (Name and address of Defendant)

Owen McCaffery

19 Duren Avenue

Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Donovan

35 Longmeadow Road

Arlington, MA 02474

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK _____

(By) DEPUTY CLERK _____

DATE   3 - 30 - 04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *April 1, 2004* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *Francis J Mendes* | **FRANCIS J. MENDES**<br>**CONSTABLE** |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Owen McClaffery · 19 Duran Ave.*
*Woburn MA 01801 - Accepted by Owen McClaffery*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $25.00 | $30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *4/1/04*                          *Francis J Mendes*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯        ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
         Date                               Signature of Server

*10 Akeson Rd.*
*Woburn MA 01801*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.