AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Peter J. Donovan
V.
City of Woburn et. al.
(J. Kevin Maguire)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10614 RWZ

TO: (Name and address of Defendant)

J. Kevin Maguire
15 Waltham Street
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  3-30-04