UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | )<br>)<br>)<br>) C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

Please enter my Notice of Appearance for Defendants, in the above-entitled matter.

                                                Respectfully submitted,
                                                Defendants,
                                                By their Attorneys,

                                                /s/ Leonard H. Kesten
                                                Leonard H. Kesten, BBO #542042
                                                Andrew S. Brooslin, BBO #638238
                                                Brody, Hardoon, Perkins & Kesten, LLP
                                                One Exeter Plaza
                                                Boston, MA  02116
                                                (617) 880-7100

Dated:  April 21, 2004