UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
)
V. ) C.A. NO.: 04-10614RWZ
)
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                Respectfully submitted,
                                                Defendants
                                                By their attorney,

_____       _____
J. Kevin Maguire                                    Leonard H. Kesten, BBO # 542042
                                                Andrew S. Brooslin, BBO #638238
                                                Brody, Hardoon, Perkins &
                                                Kesten, LLP
                                                One Exeter Plaza
                                                Boston, MA  02116
                                                (617) 880-7100

Dated: 4/18/07

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other pro se party by mail-hand on 5-26-04.
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Defendants
By their attorney,

_____
Leonard H. Kesten, BBO # 542042
Andrew S. Brooslin, BBO#638238
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

_____
Steven Paris

Dated:

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other pro se party by mail-hand on 5-26-04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
)
V. ) C.A. NO.: 04-10614RWZ
)
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Defendants
By their attorney,

_____
Owen McCaffrey

_____
Leonard H. Kesten, BBO # 542042
Andrew S. Brooslin, BBO #638238
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other pro se party by mail-hand on 5·26·04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | C.A. NO.: 04-10614RWZ |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Owen McCaffrey
City of Woburn License Commission

Respectfully submitted,
Defendants
By their attorney,

_____
Leonard H. Kesten, BBO # 542042
Andrew S. Brooslin, BBO #638238
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other pro se party by mail-hand on 5·26·04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

5/6/04  _____
Edward Robertson

Dated:

Respectfully submitted,
Defendants
By their attorney,

_____
Leonard H. Kesten, BBO # 542042
Andrew S. Brooslin, BBO#638238
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other pro se party by mail/hand on 5-26-04
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,  )
    Plaintiff,  )
  )
V.  )    C.A. NO.: 04-10614RWZ
  )
CITY OF WOBURN, CITY OF  )
WOBURN LICENSE COMMISSION,  )
PAUL WENTWORTH, J. KEVIN  )
MAGUIRE, OWEN MCCAFFREY,  )
STEVE PARIS AND EDWARD  )
ROBERTSON,  )
    Defendants.  )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Defendants
By their attorney,

*/s/ Paul Wentworth*
Paul Wentworth

Leonard H. Kesten, BBO # 542042
Andrew S. Brooslin, BBO #638238
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 5/3/04

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 5-26-04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | C.A. NO.: 04-10614RWZ |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Thomas W. Lawton, Esq.
City Of Woburn

Respectfully submitted,
Defendants
By their attorney,

_____
Leonard H. Kesten, BBO # 542042
Andrew S. Brooslin, BBO #638238
Brody, Hardoon, Perkins &
Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the ~~attorney of record for each~~ other pro se party by mail ~~hand~~ on 5/26/04.

_____