UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
)
V. )   C.A. NO.: 04-10614RWZ
)
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

## RULE 16.1 JOINT STATEMENT

1. Proposed Discovery Plan

    A. Automatic Disclosures filed by September 30, 2004.

    B. Written discovery served by November 30, 2004 and answers will be filed in accordance with the Rules of Civil Procedure.

    C. Factual witness and party depositions completed by February 28, 2005.

    D. Plaintiff's expert and expert reports are to be disclosed by March 31, 2005.

    E. Defendants' expert and expert reports are to be disclosed by April 30, 2005.

    F. Expert depositions to be completed by May 31, 2005.

2. Proposed Motion Schedule

    A. Dispositive motions filed by June 30, 2005 and responses will be filed pursuant to Local Rule 7.1 and Local Rule 56.1 (if applicable).

3. The parties do not agree to trial by magistrate judge.

| | |
|---|---|
| The Plaintiff,<br>Pro Se,<br><br>_____<br>Peter J. Donovan<br>35 Longmeadow Road<br>Arlington, MA 02476 | The Defendants,<br>By their attorneys,<br><br>_____<br>Leonard H. Kesten, BBO No.: 542042<br>Andrew S. Brooslin, BBO No.: 638238<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |