**Peter J. Donovan**
35 Longmeadow Road
Arlington, MA 02474
Home: 781-643-2848
Mobile: 617-680-4279

May 26, 2004

Justice Rya Zobel
United States District Court
United States Court House
1 Courthouse Way
Boston, MA 02210

RE: **Peter J. Donovan v. City of Woburn et. al.**
    **United States District Court Case No: 04-10614RWZ**

Dear Justice Zobel:

In regards to our meeting Tuesday, May 25, 2004 and the potential conflict raised at said meeting; I am not opposed to you hearing this case. The only reason I disclosed this conflict was because you have the right to know early on in this matter. It would not be fair to blindside any party, including this court, with this matter down the road. Based on said meeting, I felt you to be caring, careful, courteous, patient and knowledgeable about my case (which is very important).

Regarding staying matter until MA Appellate Court hears the arbitrary and capricious issue, I feel the matter before Federal Court must go forward because my claims are federal issues, such as my claim for Discrimination, my claim for Freedom of Speech and my claim for RICO. These federal issues have no bearing on the case before MA Appellate Court. Discovery, at the very least, must go forward because many of the persons that have to be subpoenaed and deposed are getting up there in age and the city of Woburn has a clear history of not producing requested information in a timely matter. Discovery will take some time.

Staying this matter is playing right into the Defendant's hands because this is what they want. The MA Appellate Court case will take up to two years before being settled. In life, we all have to face the music one time or another, like it or not. Now it is the defendant's turn to face the jury. Justice delayed, is justice denied!

The MA Appellate Court briefs will be filed with the court sometime in July/August 2004.

Sincerely,

Peter J. Donovan

CC:  Andrew Brooslin