# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

June 3, 2004

Honorable Rya W. Zobel
United States District Court
1 Courthouse Way, Suite 6110
Boston, MA 02210

Re:   Peter Donovan v. City of Woburn, et al.
      C.A. No.:   04-10614RWZ

Dear Judge Zobel:

Pursuant to the parties discussion at the scheduling conference, the defendants have no objection to your presiding over this matter. I have spoken with my clients concerning settlement and they have advised that they are not willing to issue a license to Mr. Donovan for the reasons previously set forth in the August 5, 2003 decision by the license commission.

Mr. Donovan has set forth a number of arguments in his letter dated May 26, 2004, for allowing discovery to continue while his appeal is pending. If the Appeals Court renders a decision in favor of the defendants, it is unlikely, as a matter of law, the plaintiff will be able to succeed on his claims. The defendants respectfully suggest that discovery be stayed until a decision is rendered by the Appeals Court.

Sincerely,

Andrew S. Brooslin

Cc:   Mr. Peter J. Donovan, Pro Se