**Peter J. Donovan**
35 Longmeadow Road
Arlington, MA 02474
Home: 781-643-2848
Mobile: 617-680-4279

June 8, 2004

Justice Rya Zobel
United States District Court
United States Court House
1 Courthouse Way
Boston, MA 02210

RE:   Peter J. Donovan v. City of Woburn et. al.
      United States District Court Case No: 04-10614RWZ

Dear Justice Zobel:

Enclosed please find information that will help you in your decision on determining if this matter should be stayed. In addition, the Plaintiff makes an informal request that an injunction (as requested in complaint) be placed on said license from being issued other than to the Plaintiff until this matter is resolved once and for all. The information below would lead a reasonable person with a sound mind to conclude that there is a very good possibility that the Defendant's did violate many of the claims raised in the Plaintiff's complaint and that the Defendant's will continue to violate said claims.

**Exhibit A:**   WLC request for zoning opinion dated May 14, 2002. Please note: the WLC had no jurisdiction to seek such opinion.

**Exhibit B:**   Building Commissioner's reply to WLC request dated May 14, 2002. This opinion was appealed to the Woburn Zoning Board of Appeals and then onto Middlesex Superior Court.

**Exhibit C:**   Agreement between city and myself regarding zoning.

**Exhibit C1:**  WLC decision dated August 5, 2003.

**Exhibit D:**   Notification of Torts Claim Act in violation of said agreement dated March 5, 2004. Please note: the defendant's claim in their answer to complaint that they were never notified on a Torts Claim Act in reference to said agreement.

**Exhibit E:**   Bickford's Restaurant putting a Beer and Wine only condition on a full liquor license, plus other conditions.

**Exhibit E1:**  Delivery Licenses of other package store owners in town.

**Exhibit F:**   Memorandum from city solicitor date August 4, 1994 to WLC regarding them not hearing Covino Liquor License Application.

**Exhibit G:**     Hand written notes by the former Chairman of the Woburn License Commission. Please note, William Kelley of the ABCC business card was attached to the page of the hand written notes.

**Exhibit H:**     Plaintiff's memorandum for summary judgment that is now before MA Court of Appeals.

**Exhibit I:**     Plaintiff's Motion for Reconsideration that is now before MA Courts of Appeals.

**Exhibit J:**     MA Court's decision with memorandum that is now before MA Court of Appeals.

All legal briefs will be filed with MA Court of Appeals no later than August 1, 2004. Please let me know, if you need more information to help make your decision. Justice delayed is Justice Denied!

Sincerely,

Peter J. Donovan

CC:   Andrew Brooslin