UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF WOBURN,<br><br>WOBURN LICENSE COMISSION,<br><br>PAUL WENTWORTH,<br><br>J. KEVIN MAGUIRE and<br><br>OWEN McCAFFERY,<br><br>    Defendants. | Case No: 04-10614-RWZ |

**PLAINTIFF'S MOTION FOR A STATUS HEARING IN REGARDS TO OUTSTANDING ISSUES**

Now come the Plaintiff and he respectfully Motions this Honorable Court for a Status Hearing on outstanding issues before this court. The issues before this court are as follows;

    1. Recusal of Honorable Justice Zobel.

    2. Staying case altogether until MA Appeals case is settled.

Although the Plaintiff has no objection to Justice Zobel hearing this case, he does have an objection to this court staying this matter until MA Appeals Court hears a case on arbitrary and capricious which has no bearing on the claims set forth in the federal complaint. Also, it has come to the recent attention of the Plaintiff that one of the defendants has liver cancer. It is crucial for discovery to begin now in order to get

this defendant deposed early on in the process so he can focus on fighting this horrible disease.

The Plaintiff will be available after August 1, 2004 for said hearing.

Date: June 28, 2004

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

## CERTIFICATE OF SERVICE

I, Peter J. Donovan hereby certify that I mailed a copy of this motion via first class mail to Brody, Hardoon, Perkins & Kesten, LLP at One Exeter Plaza, Boston, MA 02116 on June 28, 2004.