UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,       ) Case No: 04-10614-RWZ
                               )
    Plaintiff,                 )
                               )
vs.                            )
                               )
CITY OF WOBURN, et al,         )
                               )
    Defendants.                )

**MOTION FOR INTERROGATORY – STEVE PARIS**

Now come the Plaintiff and he would like Defendant, STEVE PARIS, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

**INSTRUCTIONS**

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure.

**INTERROGATORY**

1. Please state your name and address for the record.
2. Please list all cell phones with carrier and telephone numbers with carrier addressed to your home address since 1996.

-1-

3. Please list all telephone numbers addressed to vacations homes you have since 1996.
4. Please list all cell phone numbers and telephone numbers to your place of work with contracted carriers names.
5. Please complete the enclosed personal financial statement.

Dated this September 15, 2004

*[signature]*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

**CERTIFICATE OF SERVICE**

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON September 15, 2004.

*[signature]*
PETER J. DONOVAN

# DEFENDANT'S PERSONAL FINANCIAL STATEMENT

*PETER J. DONOVAN,*

*PLAINITFF*

*V.*

*CITY OF WOBURN ET AL.,*

*DEFENDANTS.*

*DOCKET 04-10614-RWZ*

**Personal Financial Statement as of August 31, 2004**

DEFENDANT'S NAME: _____

HOME ADDRESS _____

HOME PHONE _____

| Assets | In Even Dollars | Liabilities and Net Worth | In Even Dollars |
|---|---|---|---|
| Cash on hand and in Banks—See Schedule A | $ | Notes Payable: This Bank—See Schedule A | $ |
| U.S. Government Securities—See Schedule B | | Notes Payable: Other Institutions—See Schedule A | |
| Listed Securities—See Schedule B | | | |
| Unlisted Securities—See Schedule B | | Notes Payable—Relatives | |
| Other Equity Interests—See Schedule B | | Notes Payable—Others | |
| Accounts and Notes Receivable | | Accounts and Bills Due | |
| Real Estate Owned—See Schedule C | | Unpaid Taxes | |
| Mortgages and Land Contracts Receivable— See Schedule D | | Real Estate Mortgages Payable—See Schedule C or D | |
| Cash Value Life Insurance—See Schedule E | | Land Contracts Payable—See Schedule C or D | |
| Other Assets: Itemize | | Life Insurance Loans—See Schedule E | |
| | | Other Liabilities: Itemize | |
| | | | |
| | | | |
| | | **TOTAL LIABILITIES** | $ |
| | | **NET WORTH** | $ |
| **TOTAL ASSETS** | $ | **TOTAL LIABILITIES AND NET WORTH** | $ |

| Sources of Income | In Even Dollars | General Information | |
|---|---|---|---|
| Salary | $ | Employer | |
| Bonus and Commissions | | Position or Profession | No. Years |
| Dividends | | Employer's Address | |
| Real Estate Income | | | Phone No. |
| *Other Income: Itemize | | Partner, officer or owner in any other venture? ❏ No ❏ Yes | |
| | | If so, explain: | |
| TOTAL | $ | | |
| *Alimony, child support or separate maintenance payments need not be disclosed unless relied upon as a basis for extension of credit. If disclosed, payments received under ❏ court order ❏ written agreement ❏ oral understanding. | | | |
| | | Are any assets pledged? ❏ No ❏ Yes  Detail in Schedule A | |
| | | Income taxes settled through (Date) | |

| Contingent Liabilities | In Even Dollars | General Information (continued) |
|---|---|---|
| As endorser, co-maker or guarantor | $ | Are you a defendant in any suits or legal action?  ❑ No  ❑ Yes |
| On leases | | If so, explain: |
| Legal claims | | Have you ever taken bankruptcy?  ❑ No  ❑ Yes |
| Provision for federal income taxes | | If so, explain: |
| Other special debt, e.g., recourse or repurchase liability | | Do you have a will?     ❑ No  ❑ Yes  With whom? |
| | | Do you have a trust?  ❑ No  ❑ Yes  With whom? |
| TOTAL | $ | Number of dependents _____  Ages _____ |

**Schedule A: Banks, Brokers, Savings & Loan Association, Finance Companies or Credit Unions.** List here the names of all the institutions at which you maintain a deposit account and/or where you have obtained loans.

| Name of Institution | Name on Account | Balance on Deposit | High Credit | Amount Owing | Monthly Payment | Secured by What Assets |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | TOTAL | | TOTAL | | | |

**Schedule B: U.S. Governments, Stocks (Listed & Unlisted), Bonds (Gov't & Comm.), and Partnership Interests (General & Ltd.)**

| Number of Shares, Face Value (Bonds), or % of Ownership | Indicate:<br>1. Agency or name of company issuing security or name of partnership<br>2. Type of investment or equity classification<br>3. Number of shares, bonds or % of ownership held<br>4. Basis of valuation* | In Name of | *Market Value | Pledged Yes (✓) | Pledged No (✓) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

*If unlisted security or partnership interest, provide current financial statements to support basis for valuation.

**Schedule C: Real Estate Owned (and related debt, if applicable)**

| Description of Property or Address | Title in Name Of | Date Acq. | Cost + Improvements | Present Mkt. Value | Mortgage or Land Contract Payable Bal. Owing | Mo. Payt. | Holder |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | TOTAL | | | | | |

**Schedule D: Real Estate: Mortgages & Land Contracts Receivable (and related debt, if applicable)**

| Description of Property or Address | Title in Name Of | Date Acq. | Balance Receivable | Monthly Payment | Mortgage or Land Contract Payable | | |
|---|---|---|---|---|---|---|---|
| | | | | | Bal. Owing | Mo. Payt. | Holder |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | TOTAL | | | | | |

**Schedule E: Life Insurance Carried**

| Name of Company | Face Amount | Cash Surrender Value | Loans | Beneficiary |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

I/we fully understand that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statements concerning any of the above facts, pursuant to 18 U.S.C. Section 1014.

Defendant's Signature _____     Date Signed _____     Social Security No. _____     Date of Birth _____