UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,

    Plaintiff,

vs.

CITY OF WOBURN,

WOBURN LICENSE COMISSION,

PAUL WENTWORTH,

J. KEVIN MAGUIRE,

OWEN McCAFFERY,

STEVE PARIS, and

EDWARD ROBERTSON,

    Defendants.

Case No: 04-10614RWZ

**PLAINTIFF'S AUTOMATIC DISCLOSURE PURSUANT TO FED R. CIV. P. 26.2**

The Plaintiff provides the following information pursuant to the initial disclosure provisions of Local Rule 26.2 and Fed. R. Civ. P. 26(a).

**26(a)(1)(A). <u>Individuals likely to have discoverable information relevant to the facts contained in the plaintiff's complaint:</u>**

1. Paul Wentworth, 17 Highet Avenue, Woburn, MA

Wentworth is a member of the WLC and has information regarding this case.

2. Owen McCaffery, 19 Duren Avenue, Woburn, MA

McCaffery is a member of the WLC and has information regarding this case.

3. J. Kevin Maguire, 15 Waltham Street, Woburn, MA

Maguire was a member of the WLC and has information regarding this case.

4.  Edward Robertson, 16 Hart Place, Woburn, MA

Robertson was former city solicitor for city of Woburn and has information regarding this case.

5.  Steve Paris, 3 Fisher Terrace, Woburn, MA

Paris is building commissioner for city of Woburn and has information regarding this case.

6.  John Curran, City Hall, 10 Common Street, Woburn, MA

Curran is now Mayor for city of Woburn and has information regarding this case.

7.  Thomas Lawton, City Hall, 10 Common Street, Woburn, MA

Lawton is now city solicitor for city of Woburn and has information regarding this case.

8.  Robert Dever, 31 Indian Hill Road, Woburn, MA

Dever was former Mayor for the city of Woburn and has information regarding this case.

9.  John Cashell, 173 Lexington Street, Woburn, MA

Cashell was former Planning Board Director for the city of Woburn – he has information on local zoning and other information regarding this case.

10. Richard Crocker, 28 Dartmouth Street, Woburn, MA

Crocker was former city councilman for city of Woburn and former building commissioner for city of Medford – he has information local zoning and other information regarding this case.

11. Oliver Galante, 43 Poole Street, Woburn, MA

Galante was former campaign manager, close friend and neighbor of former mayor John Rabbitt. He also is a retired Woburn Police Officer and on the election board for the city of Woburn. His sister-in-law was former WLC Pat Galante appointed by Mayor Rabbitt. His family has an interest in this license (still does according to word on the street). He has information regarding this case.

-3-

12. Pat Galante, address unknown

Galante was former member of the WLC. She has information regarding this case.

13. John Rabbitt, address unknown

Rabbitt was former Mayor for the city of Woburn – he has information regarding this case.

14. Kevin McDonough, address unknown

McDonough was former president of Woburn's city council. He had an interest in this license at one time and has information regarding this case.

15. John Mcelhiney, 607 Main Street, Woburn, MA

Mcelhiney is the author of the book "Woburn – A Past Observed". He knows the history behind these licenses and he is also a very business person in the city of Woburn. He has information on this case.

16. Carl Blanchard CPA, Cambridge Road, Burlington, MA

Blanchard is a partner at Adler and Blanchard CPA's. He is also licensed business valuation person who will conduct an analysis on how much income Donovan's business would have produced since 1995. Donovan will also retain at least one other expert in this field for a comparison analysis on income for damages.

17. James Haggerty, 30 Rich Road, Woburn, MA

Haggerty is editor of the Woburn Times and has covered this matter since 1994.

18. Hand writing expert (unknown)

This expert will analyze former chairmen of the WLC Dennis Donovan's hand written notes for authenticity.

19. Phillip Mahoney, 25 Harrison Avenue, Woburn, MA

Mahoney is Chief of Police for the city of Woburn. He has information regarding this case.

20. Captain McGee, 25 Harrison Avenue, Woburn, MA

McGee is a Captain of Woburn Police. He has information regarding this case.

The Plaintiff reserves the right to supplement this list as more information becomes available to him. Deposition will be schedule for February 2005.

### 26(a)(1)(B). Description by category and location of all documents that are relevant to facts stated in complaint:

1. All documents listed in Defendant's disclosure dated September 27, 2004.

2. All documents, agreements and exhibits filed in case before Massachusetts Appeals Court that involves said liquor license.

3. All documents, agreements and exhibits filed with this court on June 8, 2004.

4. Other documents will include telephone records of defendant's and third party persons. All telephone records will be subpoena after depositions.

The Plaintiff reserves the right to supplement this list as more information becomes available to him.

### 26(a)(1)(C). Computation of any category of damages claimed by the disclosing party:

The Plaintiff will have this information by June of 2005.

### 26(a)(1)(D). Insurance:

No applicable.

Plaintiff,

October 12, 2004

_____
Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

**Certificate of Service**

I, Peter J. Donovan, hereby certify that a true copy of this above document was served upon the attorney of record for each party by first class mail on October 13, 2004.

------------------------------------------------------------
Peter J. Donovan