UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF WOBURN, et. al. | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION TO COMPEL INFORMATION REQUESTED ON INTERROGATORIES PURSUANT TO FED. RULE OF CIVIL PROCEDURE RULE 37**

Now come the plaintiff and he Motions this Honorable Court to order defendant's to Answer Interrogatories completely that were FILED WITH DEFENDANT'S on September 15, 2004. Especially requested cell phone numbers and carriers, home telephone numbers and carriers and have each defendant complete financial statement.

The requested information on the interrogatories is needed for the following;

1. Needed for depositions so the Plaintiff can explore telephone conversations, pension information and possible asset transfers. By not having this basic information it is slowing the discovery process for the Plaintiff. This information is needed regardless of the insurance policy the city has to cover said claims.

2. In addition, the telephone numbers are needed to analyze telephone activity in and around scheduled dates the plaintiff had with the Woburn License Commission and other city boards. This information is needed to support Plaintiff's conspiracy theory for RICO claim and wire fraud.

3. The financial information is needed to analyze how much the city of Woburn's pension is to each defendant. This information is needed to support Plaintiff's conspiracy theory for RICO claim and wire fraud.

The Plaintiff moves this Honorable Court to compel defendants to provide requested information within ten days and pay Plaintiff $500 in sanctions for filing said motion.

SEE ATTACHED MEMORANDUM/AFFIDAVIT

ORAL ARGUMENT REQUESTED

December 28, 2004

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA FIRST CLASS MAIL ON DECEMBER 28, 2004. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
PETER J. DONOVAN