UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

FILED
CLERKS OFFICE
2004 DEC 28 P 1:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 04-10614RWZ

PETER J. DONOVAN, pro se,
Plaintiff

v.

CITY OF WOBURN, et. al.
Defendants

**PLAINTIFF'S MEMORANDUM/AFFIDAVITT IN SUPPORT OF MOTION TO COMPEL**

1. I, Peter J. Donovan, mailed via first class copies of interrogatories (for Maguire, Wentworth, Robertson, Paris and McCaffery) to defendants counsel on September 15, 2004. This Honorable Court has copies of mailed interrogatories.

2. The Defendant's did not answer interrogatories within time frame pursuant to rules of civil procedure.

3. I had a couple of conversations with defendant's counsel, Andrew Brooslin, regarding requested information to which he responded he would get requested information from his clients. See Exhibit "A" dated December 2, 2004 from Andrew Brooslin. See Exhibit "B" dated December 17, 2004 email from Andrew Brooslin.

4. As of December 27, 2004, I have received minimal information from defendants. The information that I requested is very simple to obtain and a reasonable person could have this information within two days.

5. The information I requested is crucial to the RICO claim in my complaint. Please see attached as Exhibit "C" hand written notes made by former Woburn License Commission Chairman Dennis P. Donovan. It is estimated that these notes were written between August 1994 and June 1995. Based on these types of notes, a reasonable person could conclude that the WLC have used delay tactics to tie up this license – see delay tactics listed in complaint.

Signed under the pains and penalties of perjury on December 28, 2004.

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-467-7019 (work)
781-643-2848 (home)

# Brody, Hardoon, Perkins & Kesten, LLP

Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

December 2, 2004

Mr. Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02472

RE: Peter J. Donovan
VS: Town of Woburn, et al
United States District Court

Dear Mr. Donovan:

Pursuant to our recent telephone conversation on November 18, 2004, I have agreed to grant you an extension until January 31, 2005 to respond to the defendants' discovery requests. I am working on obtaining the information you requested and hope to have it by the end of next week.

Thank you for your attention to this matter. Please contact me with any questions.

Very truly yours,

Andrew S. Brooslin

ASB/gs

Exhibit A

**peter donovan**

**From:** <abrooslin@bhpklaw.com>
**To:** "peter donovan" <pj_donovan@msn.com>
**Sent:** Friday, December 17, 2004 11:43 AM
**Subject:** Re: Contact from website bhpklaw.com.

Peter:
I am working on getting all the cell phone numbers. Paul Wentworth told me he does not own a cell phone and has never owned a cell phone. Owen McCaffrey's cell phone carrier is Verizon. The phone number is 781-281-5580. I will pass along additional information as it comes available.

Andrew S. Brooslin, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
Tel: (617) 880-7100
Fax: (617) 880-7171

Exhibit "B"

as applies to every city & town in the state it goes the wrong way.

and felt that there are a sufficent amount for the City of Woburn. Ms. Galante stated for these reasons she was opposed to issuance of a licencne for another package store.

Commissioner Maguire stated that the package store issue is the first one before the Commission in about 15 years. Maguire stated that since McDonough's appliation was introduced in November, he had only 2 people register objections who said there was no need for another package store license. Mr. Maguire also stated that he had no problem with Mr. McDonough buth this is a one shot deal and must be addredded. Mr. Maguire felt that the board has an obligation to the other applicants to find a fair ways to make a decision. He mentioned possibility of a lottery method of awarding the license, and felt that McDonough's license should be taken under advisement at this time.

Commissioner Donovan stated he was initially in favor of granting the 8th license, but over the past few weeks he has talked to clergy, doctors, truck drivers, plumbers, the mother of an unwed mother to be because of alcohol, arguing against the license. Mr. Donovan felt that alcohol was doing an awful job on kids in Woburn and across the nation. MR. Donovan also felt that everyone in the city should have the opportunity to apply for the license, and if the commission decides on a lottery system, McDonough will have the opportunity to compete.

Commissioner Galante made the motion to deny the license basedon the argument that there are a sufficient number of package stores in the city at the present time. Motion was seconded.

Commissioners Donovan and Galante voted to deny.

Exhibit "C"

Commissioner Maguire voted against denial. Maguire stated he would

1. Queen Package Store & believe property on Montvale Ave is for sale right now. He does not want to pay the price

2. Delaying tactic - New Mayor maybe next year. Will hold up as much as possible.