UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 JAN 27　P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>　　　Plaintiff, | )<br>)<br>) |
| V. | ) C.A. NO.: 04-10614RWZ |
| | ) |
| CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Now come the defendants and respectfully request this Court deny the plaintiff's motion to compel answers to interrogatories. The defendants state that the plaintiff's discovery requests are overbroad and beyond the scope of permissible discovery. The plaintiff is requesting the individual defendant's divulge personal financial information by completing a form created by the plaintiff. This information is irrelevant to the subject matter of this case and the plaintiff has not demonstrated any legal basis requiring the defendants to divulge such information. As grounds for this opposition the defendant states as follows.

On or about September 15, 2004, the plaintiff served interrogatories on each of the individual defendants through counsel. The interrogatories were all relatively similar. A copy of the interrogatories to defendant, Edward Robertson, is attached hereto as Exhibit1. The interrogatories included a request the defendants complete a personal financial statement prepared by the plaintiff divulging information including cash on

hand, securities, mortgages, notes payable, life insurance and real estate. (Exhibit 1). Due to the birth of defense counsel's daughter and complications following her birth, defense counsel was out of the office for an extended period of time in October. The defendants subsequently served their answers to interrogatories on November 5, 2004. The defendants each objected to the request to complete the personal financial statement and did not provide the requested information on those grounds.

The plaintiff's interrogatories are not relevant to this action or his RICO claims. The defendants' assets and liabilities have no bearing on the plaintiff's RICO claims. Aside from a generalized statement that the information is needed to prove wire fraud and RICO, the plaintiff has not adequately explained how this information is useful to his case. Further, the interrogatory requests a litany of financial information but in his motion he limits his request to pension information. Additionally, the interrogatory impermissibly requests the defendants to complete a form created by the plaintiff, it is not a proper interrogatory. Even assuming, *arguendo*, that it is a proper interrogatory, the financial statement contains so many subparts that it exceeds the number of permissible interrogatories under Fed.R.Civ.P. 33(a).

Likewise, the telephone records of the defendants are irrelevant to this action. The plaintiff contends that the records will help establish a conspiracy. The defendants acknowledge that the records will show if and when telephone calls were made by the defendants; the records will not divulge the contents of the telephone calls which is certainly the critical information needed to establish the alleged conspiracy. The information sought by the plaintiff can be obtained through the depositions of the defendants; obtaining their telephone records is wholly unnecessary.

The interrogatories propounded by the plaintiff are a fishing expedition intended to harass the defendants and extract personal information from them which has no bearing on this case.

Wherefore, the defendants request this Court deny the plaintiff's motion to compel further answers to interrogatories.

Respectfully submitted,
Defendants,
By their attorneys,


/s Andrew S. Brooslin
_____
Andrew S. Brooslin, B.B.O. No.: 638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,  ) Case No: 04-10614-RWZ
)
Plaintiff,  )
)
vs.  )
)
CITY OF WOBURN, et al,  )
)
Defendants.  )

## MOTION FOR INTERROGATORY – EDWARD ROBERTSON

Now come the Plaintiff and he would like Defendant, EDWARD ROBERTSON, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

### INSTRUCTIONS

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure.

### INTERROGATORY

1. Please state your name and address for the record.
2. Please list all cell phones with carrier and telephone numbers with carrier addressed to your home address since 1996.

-1-

3. Please list all telephone numbers addressed to vacations homes you have since 1996.

4. Have you been diagnosed with any form of liver disease or any other ailment within the past three years? If yes, please describe.

5. Please complete the enclosed personal financial statement.

Dated this September 15, 2004

*[signature]*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

## CERTIFICATE OF SERVICE

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON September 15, 2004.

*[signature]*
PETER J. DONOVAN

-2-

## DEFENDANT'S PERSONAL FINANCIAL STATEMENT

*PETER J. DONOVAN,*

*PLAINITFF*

*V.*

*CITY OF WOBURN ET AL,*

*DEFENDANTS.*

*DOCKET 04-10614-RWZ*

**Personal Financial Statement as of August 31, 2004**

DEFENDANT'S NAME: _____

_____

HOME ADDRESS _____

_____

HOME PHONE _____

| Assets | In Even Dollars | Liabilities and Net Worth | In Even Dollars |
|---|---|---|---|
| Cash on hand and in Banks—See Schedule A | $ | Notes Payable: This Bank—See Schedule A | $ |
| U.S. Government Securities—See Schedule B | | Notes Payable: Other Institutions—See Schedule A | |
| Listed Securities—See Schedule B | | | |
| Unlisted Securities—See Schedule B | | Notes Payable—Relatives | |
| Other Equity Interests—See Schedule B | | Notes Payable—Others | |
| Accounts and Notes Receivable | | Accounts and Bills Due | |
| Real Estate Owned—See Schedule C | | Unpaid Taxes | |
| Mortgages and Land Contracts Receivable—See Schedule D | | Real Estate Mortgages Payable—See Schedule C or D | |
| Cash Value Life Insurance—See Schedule E | | Land Contracts Payable—See Schedule C or D | |
| Other Assets: Itemize | | Life Insurance Loans—See Schedule E | |
| | | Other Liabilities: Itemize | |
| | | | |
| | | | |
| | | **TOTAL LIABILITIES** | $ |
| | | **NET WORTH** | $ |
| **TOTAL ASSETS** | $ | **TOTAL LIABILITIES AND NET WORTH** | $ |

| Sources of Income | In Even Dollars | General Information | |
|---|---|---|---|
| Salary | $ | Employer | |
| Bonus and Commissions | | Position or Profession | No. Years |
| Dividends | | Employer's Address | |
| Real Estate Income | | | Phone No. |
| *Other Income: Itemize | | Partner, officer or owner in any other venture?   ❑ No   ❑ Yes | |
| | | If so, explain: | |
| **TOTAL** | $ | | |
| *Alimony, child support or separate maintenance payments need not be disclosed unless relied upon as a basis for extension of credit. If disclosed, payments received under ❑ court order ❑ written agreement ❑ oral understanding. | | Are any assets pledged?  ❑ No  ❑ Yes  Detail in Schedule A | |
| | | Income taxes settled through (Date) | |

| Contingent Liabilities | In Even Dollars | General Information (continued) |
|---|---|---|
| As endorser, co-maker or guarantor | $ | Are you a defendant in any suits or legal action?  ❏ No  ❏ Yes |
| On leases | | If so, explain: |
| Legal claims | | Have you ever taken bankruptcy?  ❏ No  ❏ Yes |
| Provision for federal income taxes | | If so, explain: |
| Other special debt, e.g., recourse or repurchase liability | | Do you have a will?    ❏ No  ❏ Yes  With whom? |
| | | Do you have a trust?  ❏ No  ❏ Yes  With whom? |
| TOTAL | $ | Number of dependents _____ Ages _____ |

**Schedule A: Banks, Brokers, Savings & Loan Association, Finance Companies or Credit Unions.** List here the names of all the institutions at which you maintain a deposit account and/or where you have obtained loans.

| Name of Institution | Name on Account | Balance on Deposit | High Credit | Amount Owing | Monthly Payment | Secured by What Assets |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | TOTAL | | TOTAL | | | |

**Schedule B: U.S. Governments, Stocks (Listed & Unlisted), Bonds (Gov't & Comm.), and Partnership Interests (General & Ltd.)**

| Number of Shares, Face Value (Bonds), or % of Ownership | Indicate: <br> 1. Agency or name of company issuing security or name of partnership <br> 2. Type of investment or equity classification <br> 3. Number of shares, bonds or % of ownership held <br> 4. Basis of valuation* | In Name of | *Market Value | Pledged | |
|---|---|---|---|---|---|
| | | | | Yes (✓) | No (✓) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

*If unlisted security or partnership interest, provide current financial statements to support basis for valuation.

**Schedule C: Real Estate Owned (and related debt, if applicable)**

| Description of Property or Address | Title in Name Of | Date Acq. | Cost + Improvements | Present Mkt. Value | Mortgage or Land Contract Payable | | |
|---|---|---|---|---|---|---|---|
| | | | | | Bal. Owing | Mo. Payt. | Holder |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | TOTAL | | | | | |

**Schedule D: Real Estate: Mortgages & Land Contracts Receivable (and related debt, if applicable)**

| Description of Property or Address | Title in Name Of | Date Acq. | Balance Receivable | Monthly Payment | Mortgage or Land Contract Payable | | |
|---|---|---|---|---|---|---|---|
| | | | | | Bal. Owing | Mo. Payt. | Holder |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | TOTAL | | | | | |

**Schedule E: Life Insurance Carried**

| Name of Company | Face Amount | Cash Surrender Value | Loans | Beneficiary |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

I/we fully understand that it is a federal crime punishable by fine or imprisonment or both to knowingly make any false statements concerning any of the above facts, pursuant to 18 U.S.C. Section 1014.

Defendant's Signature _____    Date Signed _____    Social Security No. _____    Date of Birth _____