UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

FILED
CLERKS OFFICE
2005 FEB -4  P 1: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF WOBURN, et. al. | ) |
| Defendants | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER THIS COURT'S ORDER COMPELLING DEFENDANT'S TO PROVIDE INFORMATION REQUESTED BY PLAINTIFF IN INTERROGATORIES**

Now come the plaintiff and he opposes Defendant's *last ditch effort* (emphasis effort) to have this Honorable Court reconsider it's order COMPELLING Defendants to cough up the information requested by Plaintiff in his interrogatories.

The requested information on interrogatories is needed for the following;

1. The telephone numbers are needed to analyze telephone activity in and around scheduled dates the plaintiff had with the Woburn License Commission and other city boards. For example: the WLC usually holds hearings or meetings on the third Thursday of each month. If there is no telephone activity in and around these dates for twelve months and then all of a sudden Donovan is scheduled to come before the WLC and there happens to be much telephone activity a reasonable person would conclude that the conversations were about Donovan. The Plaintiff would like to track calls going back to 1995, even though the plaintiff nor this court will probably never find out what was exactly said in said telephone conversations, it will be left to a jury to decide based on a pattern of these calls if the WLC were conversing about Donovan. The Plaintiff will also be seeking email addresses to track conversations. In addition, this information is needed to support Plaintiff's conspiracy theory for RICO claim and wire fraud – which is up to a jury to decide.

2. The financial information is needed to analyze how much the city of Woburn's pension and other benefits (healthcare insurance etc) are to each defendant. This information is needed to support Plaintiff's conspiracy theory for RICO claim and wire fraud.

What is troublesome to the Plaintiff is that this court never received an electronic copy of the Defendant's Motion in Opposition to Plaintiff's Motion to Compel as claimed by the defendants in their cover letter dated January 26, 2005 – **see attached as Exhibit "A"**. If the defendant's electronically mailed a copy of this motion to this court, why didn't they mail a copy to the Plaintiff as required by local rules of this court? The plaintiff never received a copy of said opposition. In addition, the attorney for the defendant's indicated in an earlier email that he was working on getting the requested information and then all of a sudden he does not want to get it (defendant's not acting in good faith) – **see attached as Exhibit "B"**. This is not a witch hunt as claimed by the defendant's attorney. The Defendant's have a crystal clear history of not producing requested information.

- The Plaintiff would like to schedule a hearing before this court in February to review said matter. If Defendant's have not produced said information by this date, the Plaintiff request that this Honorable Court ORDER LIQUOR LICENSE ISSUED to Donovan as a penalty for not complying with court order.

ORAL ARGUMENT REQUESTED

February 2, 2005

*(signature)*

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

## CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA FIRST CLASS MAIL ON February 2, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

*(signature)*

PETER J. DONOVAN

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

January 26, 2004

Honorable Rya Zobel
United States District Court
1 Courthouse Way, Suite 6110
Boston, MA 02210

    Re:    Peter Donovan v. City of Woburn, et al.
           C.A. No.:    04-10614RWZ

Dear Judge Zobel:

    Enclosed please find the defendants' opposition to the plaintiff's motion to compel. We believed they had been filed electronically with the court. Apparently the motion was not received by the court. The defendants respectfully request a reconsideration of the allowance of the plaintiff's motion to compel in light of the issues set forth in the defendants' opposition.

    Thank you for your consideration of this matter.

Sincerely,

Andrew S. Brooslin

Cc:    Peter Donovan, Pro Se

Exhibit "A"

## peter donovan

**From:** <abrooslin@bhpklaw.com>
**To:** "peter donovan" <pj_donovan@msn.com>
**Sent:** Friday, December 17, 2004 11:43 AM
**Subject:** Re: Contact from website bhpklaw.com.

Peter:
I am working on getting all the cell phone numbers. Paul Wentworth told me he does not own a cell phone and has never owned a cell phone. Owen McCaffrey's cell phone carrier is Verizon. The phone number is 781-281-5580. I will pass along additional information as it comes available.

Andrew S. Brooslin, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
Tel: (617) 880-7100
Fax: (617) 880-7171

*Exhibit "B"*

2/2/2005