UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

FILED
CLERKS OFFICE

2005 MAR -7 P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER J. DONOVAN, pro se, )
)
   Plaintiff )
)
v. )
)
CITY OF WOBURN, et. al. )
)
   Defendants )
)

## PLAINTIFF'S MOTION FOR RELIEF OR JUDGMENT FOR DEFENDANT'S FAILURE TO COMPLY WITH COURT'S ORDER COMPELLING THEM TO ANSWER INTERROGATORIES

Now come the plaintiff and he Motions this Honorable Court for relief or judgment for defendant's failure to comply with court's order compelling them to answer interrogatories. This Court compelled Defendant's to answer interrogatories in January 2005.

ORAL ARGUMENT REQUESTED

March 5, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

### CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA FIRST CLASS MAIL ON March 5, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

PETER J. DONOVAN

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Urso, Lisa entered on 1/25/2005 at 1:22 PM EST and filed on 1/21/2005
Case Name: Donovan v. City of Woburn et al
Case Number: 1:04-cv-10614
Filer:
Document Number:

Docket Text:
Judge Rya W. Zobel : endorsedORDER entered granting in part and denying in part [25] Motion to Compel. Motion to compel allowed to the extent defendants have not already responded. Motion for sanctins denied. (Urso, Lisa)

The following document(s) are associated with this transaction:

1:04-cv-10614 Notice will be electronically mailed to:

Andrew S. Brooslin    abrooslin@BHPKlaw.com, gsmith@bhpklaw.com

Leonard H. Kesten    lkesten@bhpklaw.com, dcorbett@bhpklaw.com

1:04-cv-10614 Notice will not be electronically mailed to:

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02472

Exhibit "A"