UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

FILED
IN CLERKS OFFICE

2005 MAR -7  P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER J. DONOVAN, pro se,   )
                            )
    Plaintiff                )
                            )
v.                           )
                            )
CITY OF WOBURN, et. al.      )
                            )
    Defendants               )
                            )

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
PURSUANT TO FED. RULE OF CIVIL PROCEDURE RULE 37**

Now come the plaintiff and he Motions this Honorable Court to order defendant's to Produce Documents that Plaintiff Requested that were FILED WITH DEFENDANTS in November 2004. The Plaintiff needs this information for depositions and trial. Please note: this is the second time the Plaintiff has Motion this court to Compel evidence from Defendants.

The Plaintiff moves this Honorable Court to compel defendants to provide requested information within ten days.

SEE AFFIDAVIT

ORAL ARGUMENT REQUESTED

March 5, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA FIRST CLASS MAIL ON March 5, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

PETER J. DONOVAN