UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

FILED
IN CLERKS OFFICE

CASE NUMBER: 04-10614RWZ

2005 MAR -7 P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER J. DONOVAN, pro se, )
　　　　　　　　　　　　　　　　)
　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
CITY OF WOBURN, et. al.　　　 )
　　　　　　　　　　　　　　　　)
　　　　Defendants　　　　　　 )
　　　　　　　　　　　　　　　　)

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

1. I, Peter J. Donovan, mailed via first class copies of Request for Documents to defendants counsel on November 26, 2004. **See Exhibit A.**

2. The Defendant's did not respond to my request for documents within given time frame pursuant to rules of civil procedure.

3. I had a couple of conversations with defendant's counsel, Andrew Brooslin, regarding requested information to which he responded he would get requested information from his clients. On Tuesday February 22, 2005 Andrew Brooslin left a message on my answering machine that *"the person who gets this information for the city is ill, and they should have requested information soon"*.

4. On Monday February 28, 2005, I was at Woburn City Hall looking for a particular file from the WLC. Mayor Curran has a hired a new person to handle WLC matters full time. This new person pulled me the file and copied the file that I requested in less than three hours. It would have been sooner, but the file was misplaced. **See file that was pulled as Exhibit B.**

5. This new person the mayor hired indicated to me that the person who was handling WLC matters resigned from her job in early January. This resignation was well covered in the local newspapers in December/January.

6. In my request for documents, I specifically requested a copy of the insurance policy that the city of Woburn supposedly has in place that covers these types of cases

according to Andrew Brooslin. From my inside sources at city hall and one who is a member of Woburn's City Council indicated to me the city has no such policy and that he has never voted to approve such policy. This person has been a city councilor for some ten years.

7. The information that I requested is very simple to obtain and a reasonable person could have this information within two weeks. The city has a full time person on staff who is healthy that can pull this information.

8. I have provided the defendants' all the information they have requested of me, except documents. I have all of the documents that they requested. I must index them, copy them and send them to Andrew Brooslin – this could take another 45 days. I don't have the luxury of having staff or assistants to help me like the city of Woburn and their attorney has.

9. Based on what I know about city officials the defendant's are misleading Mr. Brooslin or Mr. Brooslin is misleading me and not working in good faith? This has to end and this court has to put its foot down. This is just another delay tactic – justice delayed is justice denied.

10. As it looks right now, I should be ready for trial by July 2005.

11. On another front, regarding pending state case on arbitrary and capricious matter – Oral Arguments are scheduled for Thursday March 10, 2005 in MA Court of Appeals.

Signed under the pains and penalties of perjury on March 5, 2005.

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-467-7019 (work)
781-643-2848 (home)