UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT

Now come the defendants and respectfully request this court deny the plaintiff's motion for judgment for failure to comply with the court's order regarding discovery. As grounds for this motion the defendant states that on January 28, 2005, the defendant filed its motion for reconsideration/opposition to the plaintiff's motion to compel further answers to interrogatories. The motion for reconsideration/opposition to plaintiff's motion to compel was filed after the court's ruling because defense counsel's electronic filing of the opposition motion apparently was not received by the court. The court has not yet ruled on the defendants' motion for reconsideration. The plaintiff is seeking the disclosure of the individual defendants' personal financial information which is irrelevant and immaterial to this action. The defendants have not responded to the discovery because of the pending motion before the court. If the court denies the defendants' motion, the defendants will respond to discovery in a timely manner.

The defendants would also respectfully remind the court that the plaintiff's state court action which derives from this same factual background as this matter is pending before the Appeals Court. Oral arguments were held on March 10, 2005. Discovery may not be necessary if the Appeals Court upholds summary judgment in favor of the defendants or, alternatively, if the Appeals Court grants the plaintiff the disputed license. Rather than expending unnecessary time and energy conducting discovery on a case which may be moot, the defendants request all written discovery be stayed pending a decision from the Appeals Court.

> Respectfully submitted,
> Defendants,
> By their attorneys,
>
> /s Andrew S. Brooslin
>
> _____
> Andrew S. Brooslin, BBO No.: 638238
> Brody, Hardoon, Perkins & Kesten, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Dated: March 14, 2005