UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
)
V. ) C.A. NO.: 04-10614RWZ
)
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Now come the defendants and respectfully request that the Court deny the plaintiff's motion to compel production of documents.

As grounds for this opposition, the defendant states that on March 14, 2005, the defendants responded to the plaintiff's request for production of document. The defendant further states that the delay in the document production was due to the illness of the Clerk of the Woburn Licensing Commission. A copy of the defendants' responses to requests for production of documents are attached as exhibit 1 without the exhibits.

The defendants would also respectfully remind the Court that the plaintiff's state court action which derives from the same factual background of this matter is pending before the Appeals Court. Oral arguments were held on March 10, 2005. Discovery may not be necessary if the Appeals Court upholds summary judgment in favor of the defendants or, alternatively, if the Appeals Court grants the plaintiff's disputed license. Rather than expending unnecessary time and energy conducting discovery on a case which may be moot, the

defendants request all written discovery be stayed pending any decision from the Appeals Court.

          Respectfully submitted,
          The defendants,
          By their attorneys,

          /s/ Andrew S. Brooslin
          Andrew S. Brooslin, BBO# 638238
          Brody, Hardoon, Perkins & Kesten, LLP
          One Exeter Plaza
          Boston, MA 02116
          (617) 880-7100

Dated: March 14, 2005