UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
  )
V. )    C.A. NO.: 04-10614RWZ
  )
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF, PETER J. DONOVAN,

The defendants respectfully request that this Court enter an Order pursuant to Fed. R. Civ. P. 37(a)(2), compelling the plaintiff to fully and completely respond to defendants' Request for Production of Documents to the plaintiff, within ten (10) days of the allowance of this Motion. The defendant further requests that the Order specifically provide that any and all objections that might be made to the Town's Rule 34 requests be deemed waived, and, if the plaintiff fails to so comply within the ten (10) day deadline, then the plaintiff's action will be dismissed.

As grounds therefore, the defendants states the following:

1. On, November 12, 2004, counsel for the defendants served a Request for Production of Documents on the plaintiff (a copy of which is attached hereto as Exhibit 1).

2. The time for serving the Response to the Requests for Production of Documents has elapsed and yet the plaintiff has failed and refused to respond to the same.

3. The defendants will be greatly prejudiced if the plaintiff is not compelled to fully and completely respond, without raising any objections, to the Requests for Production of Documents within ten (10) days after the allowance of this Motion.

WHEREFORE, the plaintiff, the defendants respectfully request that this Court enter an Order pursuant to Federal Rules of Civil Procedure, Rule 37(a)(2), compelling the plaintiff, to fully and completely respond to the defendants' Request for Production of Documents to the plaintiff, without raising any objections within ten (10) days of the allowance of this Motion and, if the plaintiff

fails to so comply within the ten (10) day deadline, then the plaintiff's action will be dismissed.

Respectfully submitted,<br>
Defendants,<br>
By their Attorneys,<br>
<br>
<br>
/s/ Andrew S. Brooslin<br>
Leonard H. Kesten, BBO #542042<br>
Andrew S. Brooslin, BBO #638238<br>
Brody, Hardoon, Perkins & Kesten, LLP<br>
One Exeter Plaza<br>
Boston, MA 02116<br>
(617) 880-7100

Dated: March 16, 2005