UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
 )
V. ) C.A. NO.: 04-10614RWZ
 )
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

## DEFENDANTS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, PETER J. DONOVAN

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the defendants request that the plaintiff, Peter Donovan, produce for inspection and copying the following documents at the offices of Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, Boston, MA 02116 on or before thirty (30) days after service of this Request.

## DEFINITIONS AND INSTRUCTIONS

    1.    The term "document" or "documents" mean, without limitation, the following items, whether printed or recorded or reproduced by any other mechanical process, or written or produced by hand: daily reports, logs, photographs, tapes, assignments, drafts of agreements, communications, correspondence, telegrams, internal or other memoranda, summaries or records of telephone conversations, diaries, graphs, films, reports, notebooks, note charts, plans, drawings, sketches, maps, summaries of records of personal conversations, interviews, meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, letters, computer output or input, invoices, and medical records including, but not limited to, documents from physicians, psychologists, psychiatrists, licensed clinical social workers, nurses, medical personnel, hospitals, or other similar institutions, clinics, sanitaria, convalescent facilities, physical therapists, chiropractors concerning the injuries allegedly sustained by the plaintiff including, but not limited to, x-ray reports, consultants' notes, nurses' notes, medication records, discharge summaries, emergency room reports, admittance reports, operations notes, and operation reports, and other writings.

2.  The plaintiff need not produce documents previously identified in the Automatic Disclosures but must identify such documents if responsive to a request.

3.  The term "incident" or "accident" shall mean the event or events which allegedly caused the injury and/or damage as alleged in the Complaint.

4.  If you believe that any of the documents described and requested herein fall within the scope of any privilege or constitute work product materials, or otherwise are not within the scope of discovery permitted by Rule 26(b)(1) of the Federal Rules of Civil Procedure, please furnish a list of all such documents which contains a complete description of each document, including the date of the document, identification off each person to who it is addressed, identification of each person who prepared each such document, identification of each person in possession, custody or control of each such document, and the ground or grounds upon which it is being withheld from production.

## DOCUMENTS REQUESTED

Request No. 1

Any and all written statements and/or reports, signed or unsigned, of the plaintiff, Peter Donovan, and/or copies of all verbatim written transcriptions of any and all documents/statements of said plaintiff taken on a recording instrument, relative to the incident which are in the possession, custody or control of said plaintiff or plaintiff's attorney.

Request No. 2

Any and all written statements and/or reports, signed or unsigned, of any of the defendants or any employee, agent or representative of the City of Woburn, and/or copies of all verbatim written transcriptions of any and all documents/statements of said entity, taken on a recording instrument, relative to the incident which are in the possession, custody or control of said plaintiff or plaintiff's attorney.

Request No. 3

Any and all written statements and/or reports, signed or unsigned, of any and all persons who have discoverable knowledge including, but not limited to knowledge of the incident or damages allegedly result therefrom and/or copies of all verbatim written transcriptions of any and all statements of each such person taking on a recording instrument which are in the possession, custody or control of said plaintiff or plaintiff's attorney.

Request No. 4

Any and all written statements and/or reports, signed or unsigned, of any and all expert witnesses retained by the plaintiff to substantiate said plaintiff's

allegations of liability and/or damages as alleged in the Complaint and/or copies of all verbatim written transcriptions of any and all statements of such witnesses taken on a recording instrument which are in the possession, custody or control of said plaintiff or plaintiff's attorney.

Request No. 5

Please provide any and all correspondence regarding the allegations contained in your Complaint including any correspondence between you or anyone writing on your behalf and the City of Woburn and its employees.

Request No. 6

Please provide any and all documents that evidence the first occasion that you or someone on your behalf notified the City of Woburn of the allegations alleged in your Complaint.

Request No. 7

All written communications which relate in any manner to the facts alleged in the complaint, between the plaintiff and any party, or agent thereof, to this action.

Request No. 8

All written communications which relate in any manner to the facts alleged in the complaint, between any party to this action and any entity or person who is not a party to this action.

Request No. 9

Copies of the plaintiff's conviction and probation records for all felony convictions within the past ten (10) years and all misdemeanor convictions within the past (5) years.

Request No. 10

Copies of all documents evidencing, describing, pertaining or relating to each and every investigation into the allegations contained in the Complaint.

Request No. 11

Copies of all documents evidencing the emotional distress allegedly sustained by the plaintiff, including any notes, records or documents from any medical doctor, therapist, social worker, psychiatrist and/or psychologist.

Request No. 12

Copies of any and all documents evidencing, describing, pertaining or relating to the allegations concerning damage to plaintiff's good name, reputation, standing in the community, loss of livelihood, and/or loss of peace in life, including but not limited to all documents evidencing plaintiff's loss of income and debts incurred.

Request No. 13

Any and all correspondence, reports, records and documents of every nature relating to work schedules, profits derived from work activities and earnings from any source for the years 1998 to date inclusive, including but not limited to any and all federal and state income tax returns filed by the plaintiff, including but not limited to all W-2 Forms, Massachusetts Tax Forms, Internal Revenue Service Forms 1040, 1040A or 1040EZ and any and all accompanying schedules, itemizations and back-up material for said period.

Request No. 14

Original or copies of all bills, invoices, estimates or statements, paid or unpaid, rendered to you, your agents, servants, employees or attorneys by any person or entity on account of the damages and expenses allegedly sustained and incurred by plaintiff as a result of the events and occurrences alleged in the Complaint.

Request No. 15

Please provide any and all documents that you intend to introduce as exhibits at the trial of this matter.

Request No. 16

Any and all photographs relating to the allegations contained in the complaint.

Request No. 17

All newspaper or magazine articles which have as their subject matter or pertain to the allegations in the complaint.

Request No. 18

Copies of any and all documents prepared by the City of Woburn or by its employees, agents or representatives relating to the facts and allegations in the Complaint.

Request No. 19

  Copies of any and all documents prepared by any local, state or federal authority relating to the facts and allegations in the Complaint

Request No. 20

  Copies of any and all documents prepared by the plaintiff and submitted to any local, state or federal authority relating to the facts and allegations in the Complaint

Request No. 21

  Copies of all documents supporting your allegations that the defendants violated the RICO act.

Request No. 22

  Copies of all documents supporting your allegations that a contract existed between the plaintiff and defendants.

Request No. 23

  Copies of all documents supporting your allegations that the defendants breached an alleged contract with the plaintiff.

Request No. 24

  Copies of all documents supporting your allegations that the defendants were negligent.

Request No. 25

  Copies of all documents supporting your allegations that the defendants violated the Due Process Rights.

Request No. 26

  Copies of all documents supporting your allegations that the defendants violated the Equal Protection Rights.

Request No. 27

Copies of all documents supporting your allegations that the defendants violated the plaintiff's First Amendment Rights.

Request No. 28

Copies of all documents supporting your allegations that the defendants engaged in a conspiracy against the plaintiff.

Request No. 29

Copies of all documents supporting your allegations that the defendants committed fraud and willfully deceived the plaintiff.

> Respectfully submitted,
> The defendants,
>
> By their attorneys,
>
> BRODY, HARDOON, PERKINS & KESTEN, LLP
>
> _____
> Andrew S. Brooslin, BBO# 638238
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the ~~attorney of record for~~ each other pro se party by mail ~~hand~~ on 11.12.04