UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF WOBURN, et. al. | ) |
| Defendants | ) |

FILED
IN CLERKS OFFICE
2005 MAR 23 P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S MOTION TO EXCEED 20 PAGE BRIEF LIMIT ON STATEMENT OF UNDISPUTED FACTS AND MEMORANDUM OF LAW SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT

The Plaintiff, Peter J. Donovan, moves this Honorable Court to allow him to exceed the 20 page brief limit for his Statement of Undisputed Material Facts and Memorandum of Law Supporting his Motion for Partial Summary Judgment for the following reason;

1. This matter has been going on for ten years and this court must see a clear history what has transpired during this time. The over 145 Exhibits and Statement of Undisputed Material Facts filed with said matter detail this history. There is no possible way to detail this history on what has transpired over the past ten years in the 20 page brief limit set by this court.

WHEREFORE, the plaintiff, request that this motion be allowed to exceed 20 page brief limit.

ORAL ARGUMENT REQUESTED

March 23, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

## CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA HAND DELIVERY ON MARCH 23, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
PETER J. DONOVAN