UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF WOBURN, et. al. | ) |
| Defendants | ) |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY

The Plaintiff, Peter J. Donovan, moves pursuant to Federal R. Civ. P. 56 that this court grant "partial" summary judgment in his favor on the following;

1. Court III of Amended Complaint – Violation of Plaintiff's Equal Protection Clause as a "Class of One" of the Fourteenth Amendment of the United States Constitution - Defendant's Wentworth and McCaffery only.

As grounds therefore, the plaintiff states that there is no genuine issue of material facts and he is entitles to partial judgment as a matter of law. This action is based on the denial of a liquor license as described in complaint. The Plaintiff is entitled to partial judgment in his favor because the defendants decision dated August 5, 2003 in denial of a liquor license to Donovan was based on "pure" retaliation with the intent to harm, punish and "to get" Donovan, and not limited to the following, for him (Donovan) being a constant critic of Woburn's political system, for him undermining the WLC and the mayor, for him filing suits in Federal and State Court against city politicians and other individuals that were politically connected, for him reporting certain politicians to federal and state authorities for illegal activity, etc, since 1995.

WHEREFORE, the Plaintiff requests that partial summary judgment enter in his favor as to Count III of Amended Complaint against Wentworth and McCaffery only and enter any other order or award that justice may require.

In support of this motion, the plaintiff submits the accompanying Memorandum of Law, Statement of Undisputed Facts, Exhibits and Affidavits.

ORAL ARGUMENT REQUESTED

March 23, 2005

*[signature]*
Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

## CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA HAND DELIVERY ON MARCH 23, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

*[signature]*
PETER J. DONOVAN