**UNITED STATES DISTRICT COURT**
**DISTRICT OF EASTERN MASSACHSUETTS**

FILED
IN CLERKS OFFICE

**CASE NUMBER: 04-10614RWZ**

2005 MAR 23  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
|  | ) |
| **Plaintiff** | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITY OF WOBURN, et. al. | ) |
|  | ) |
| **Defendants** | ) |
|  | ) |

### PLAINTIFF'S AFFIDAVIT OF PARTIAL "DIRECT" DAMAGES

I, Peter J. Donovan, state the following damages are true and accurate and are directly related to this matter before this Honorable Court;

1. **Out of Pocket Legal Expenses - (please note PJD will provide legal bills and or affidavits regarding such bills);**

   | | |
   |---|---|
   | Evan Lawson | $20,000 |
   | Geoffrey Curtis | $ 6,000 |
   | David Larsen | $ 1,000 |
   | Jonathan Figenbaum | $   450 |
   | Patrick Garaughty | $ 6,000 |
   | Sydelle Pittas | $15,000 |
   | Stuart Liss | $ 7,000 |
   | Howard Wayne | $ 2,500 |
   | Edward Donohoe | $ 3,000 |

   Total Legal = $60,950

2. **Legal Judgment;**  $16,666 in October 1995 that has not been paid and is accruing interest at 12% annum.  Total Judgment based as of March 2005 is estimated to be $47,596.

3. **Estimated Lost Wages and Income** – based on very conservative numbers- at $50,000 per year.

   1995 (8 months in business)     $33,333

| | |
|---|---|
| 1996 | $50,000 |
| 1997 | $50,000 |
| 1998 | $50,000 |
| 1999 | $50,000 |
| 2000 | $50,000 |
| 2001 | $50,000 |
| 2002 | $50,000 |
| 2003 | $50,000 |
| 2004 | $50,000 |
| 2005 (3 months) | $12,500 |

Total estimated wages and Income is estimated to be $495,833

A third party business evaluation company will provide more accurate numbers on lost wages and income, but reports will not be complete until May or June 2005. Goodwill will be calculated in business evaluation reports. Other damages not included in above such as removal from family will because for filing a complaint against city officials (at least $100,000), punitive, pain and suffering, emotional distress and treble must be determined by a jury.

Signed under the pains and penalties of perjury on March 23, 2005.

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848 (home)