UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

PETER J. DONOVAN, pro se,     )
                              )
    Plaintiff                 )
                              )
v.                            )
                              )
CITY OF WOBURN, et. al.       )
                              )
    Defendants                )
                              )

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

Now come the plaintiff and he opposes Defendant's Motion to Compel filed with this court on March 16, 2005 for the following reasons;

1.) The defendants have not acted in good faith during this whole discovery process – in fact the plaintiff had to file two Motions to Compel to get simple information from them.

> For example the defendant's attorney, Andrew Brooslin, stated "that the defendants have insurance to cover this type of complaint and don't have to provide personal financial information" – the insurance policy states on page 7 of 17 under Exclusions – "This coverage does not apply to "Personal Injury" or advertising injury" arising out of the actual or alleged violation of any federal, state, or local civil rights statute, ordinance, regulation or other law." Plus the contract is valid from 7/1/2003 to 7/1/2004 and covers damages up to $650,000 only. In addition the contract is not valid during times of war - the United States is at war.

In addition, the requested financial information in plaintiff's motions to compel is important, because the defendants might shift assets to protect assets because insurance policy might not cover them personally – fraudulent conveyance.

2.) The plaintiff does not have the luxury of an administrative staff as does the defendants and their attorney. The plaintiff has a full time job and only has so many hours per day to gather requested information. The Plaintiff has indicated this to the defendant's attorney on more than one occasion – see most recent attached letter dated March 10, 2005 as Exhibit A.

3.) The Plaintiff has submitted a number of exhibits to this court on March 23, 2005 in support of his Motion for Partial Summary Judgment – these exhibits are everything the plaintiff has on file relevant to said matter, except for new information that comes in from now until trial.

The Plaintiff moves this Honorable Court to disallow Defendant's Motion to Compel because the plaintiff has provided them all requested relevant information that he (Donovan) has in his personal possession regarding said matter.

March 23, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

## CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA HAND DEILVERY ON March 23, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
PETER J. DONOVAN

**Peter J. Donovan**
**35 Longmeadow Road**
**Arlington, MA 02474**
**781-643-2848**

March 10, 2005

Andrew Brooslin
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Dear Andrew:

I am in receipt of your notice to compel. I feel your notice is in retaliation for me filing a motion to compel this week in court against your clients. Your clients have not produced one bit of information that I requested in interrogatories or request for documents even with a court order.

There is nothing I can do about the time it has taken me to put this requested information together. I don't have a staff to help me like your firm and the city has on hand. I am a one person shop who has a full time job. Currently I have all the information that you requested, but now I have to index it and make copies for you. This should take no more than 45 days. I have informed the court regarding this issue in my latest motion to compel.

Should you have any questions or concerns, please feel free to contact me directly.

Sincerely,

Peter J. Donovan

Exhibit A