UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CITY OF WOBURN, et. al. )<br>)<br>Defendants )<br>) | |

FILED
IN CLERKS OFFICE
2005 MAR 23 P 12:30
DISTRICT COURT
DISTRICT OF MASS.

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

The Plaintiff, Peter J. Donovan, moves this Honorable Court to allow him to Amend the original filed complaint for the following reasons;

1. The Plaintiff updated the facts section of the complaint under "Specific Acts" once he went through all the relevant evidences he had on file and made some other minor changes to complaint.

2. In addition, the Plaintiff removed the VIOLATION OF DUE PROCESS PURSUANT TO CONSTITUION OF THE COMMONWEALTH (Count III on original complaint), to allow him to focus on federal violations only.

3. The Plaintiff did not add or remove any defendants and did not add any more counts or claims to complaint.

WHEREFORE, the plaintiff request that this motion be allowed. In support of this Motion, please find Plaintiff's Amended Complaint.

ORAL ARGUMENT REQUESTED

March 23, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA HAND DELIVERY ON MARCH 23, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
PETER J. DONOVAN