UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CITY OF WOBURN, et. al. )<br>)<br>    Defendants )<br>) | |

## PLAINTIFF'S REQUEST FOR PRE-TRIAL CONFERENCE AND TRIAL DATE

1. Now come the plaintiff and he Requests that this Honorable Court hold a pre-trial conference and to schedule trial in said matter.

   - The Plaintiff plans on having all depositions completed by May 30, 2005 and all business evaluation reports completed by the same date.

   - The Plaintiff would like a scheduled trial date set for July/August 2005.

March 23, 2005

_____
Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS REQUEST UPON THE DEFENDANT'S ATTORNEY VIA HAND DELIVERY ON March 23, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
PETER J. DONOVAN