## UNITED STATES DISTRICT COURT
## DISTRICT OF EASTERN MASSACHSUETTS

### CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| **PETER J. DONOVAN, pro se,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **CITY OF WOBURN, et. al.** ) | |
| ) | |
| **Defendants** ) | |

## AFFIDAVIT OF PETER J. DONOVAN & LIST OF EXHIBITS

I, Peter J. Donovan, hereby depose and state that the following is true to the best of my belief and knowledge:

1.    I am the sole owner of Corporate Wine and Gift (CWG) a sole proprietorship - formerly The Boston Beer and Wine Company, Inc. a Massachusetts corporation. I owned 100% of BBWC an S-Corp.

2.    I am 44 years of age, grew up in the city of Woburn and now reside in Arlington, MA.

3.    I still have family members and life long friends that reside in Woburn.

4.    My/CWG primary target market is the 10,000 businesses within a five-mile radius of proposed locations 30 Cedar Street, 32 Cedar Street and or 345 Washington Street.

5.    I have selected these particular locations because I anticipate it would be a good location, in large part because I expect a large number of sales from the nearby office tenants and its proximity to Route 128 and Route 93 for distribution.

6.    I/CWG will not target homeowners or residents.

7.    I/CWG will not deliver any product to a residential address. All products will be delivered to business address only. All deliveries will be signed for by a person of legal age – 21 years of age.

8.    I/CWG will comply with all other conditions set forth in zoning settlement.

9.    I estimated that 5% of sales would come from walk-in business, with no more than five customers in customer service section of leased space at any given time.

10.   I/CWG will hire six people to operate the business once we open. Unemployed Woburn residents will have first preference to jobs.

11.   I have no intentions of selling business or license in the near future.

12.   I have put no conditions on license, because I don't want to limit the type of product that I sell. For example: if someone wants a gift basket of just Russian Vodka – we will make it for them.

13.   I conducted a survey to my primary market of 250 businesses in Woburn in October 2001 to determine a public need at proposed location. My wife Regina and my mother helped me mail survey and tabulate final results of survey.

14.   I conducted another survey to my primary market of 100 businesses in Woburn in February 2003 to re-determine a public need for our services at proposed location. My wife Regina and my mother helped me mail survey and tabulate final results of survey.

15.   In the surveys above, I have in my possession all the returned mail envelopes, original answers with returned envelopes and list of businesses that survey was sent to.

16.   At no time has the final results of these surveys been tampered with. The survey results are true and accurate.

17.   The factual allegations in Amended Complaint, the Statement of Undisputed Material Facts and the Exhibits listed below are true and accurate and based on the administrative record from state court, the transcripts from state court hearings and WLC public hearings, common knowledge of growing up in city of Woburn, having personal inside knowledge of Woburn politics as my father was a former city councilman (1978-1981) and former chairman of the Woburn License Commission (1984 – 1996) and fighting city hall since 1995 for this license.

18.    Since 1995, I have suffered damages of lost income and other damages estimated to be over $500,000 at the expense of the WLC.

19.    Paul Wentworth has never supplied the names of the people he spoke to or the towns he spoke to in regards to his survey he supposedly did in November 2001.

Signed under the pains and penalties of perjury on March 23, 2005.

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848 (home)

## List of Exhibits

| | |
|---|---|
| Ex. 1A | June 21, 1995 WLC Vote. |
| Ex. 1B | April 5, 1995 Letter from City Solicitor. |
| Ex. 1C | July 24, 1995 Letter from Building Commissioner. |
| Ex. 1D | Occupancy Permit Application & Occupancy Permit (BBWC). |
| | |
| Ex. 2A | June 27, 1996 WLC minutes to public hearing. |
| Ex. 2B | Motion to Recuse Galante. |
| Ex. 2C | Letters and signatures of public support to issue license |
| Ex. 2D | July 9, 1996 WLC denial |
| Ex. 2E | January 1997 ABCC notice remanding matter back to WLC. |
| Ex. 2F | February 19, 1997 WLC response to ABCC remand. |
| Ex. 2G | August 17, 1999 MA Court's decision. |
| Ex. 2H | June 30, 2000 ABCC remand notice of MA Court decision. |
| Ex. 2I | August 22, 2000 WLC hearing minutes on ABCC remand and court decision. |
| | |
| Ex. 3A | Map of Cummings Park - from www.cummings.com |
| Ex. 3B | March 25, 2000 Boston Globe advertisement – Cummings Property "retail space". |
| Ex. 3C | March 2005 picture of sign showing "retail" space available at Cummings Properties. |
| Ex. 3D | March 2005 picture of 400 and 800 West Cummings Park. |

Ex. 3E        March 2005 picture and website printout of Edible Arrangements.

Ex. 3F        March 2005 picture and website printout of Basket Builders.

Ex. 3G        July 2002 picture of Chocolate Truffle and Corporate Convenience Store.

Ex. 3H        March 2005 picture and website printout of Cookies by Design.

Ex. 3I        July 2002 picture of Party Works and Active Electronics.

Ex. 3J        July 2002 picture of Active, Alfa Computers, Direct Connection, Hancock Paint.

Ex. 3K        July 2002 picture of Picture Works, Woodworkers Warehouse.

Ex. 3L        Affidavit and December 2002 picture of Just for Kids – A Toy Store.

Ex. 3M        December 2002 pictures of Rainbow, location advertisement, front cover of 2002 catalog.

Ex. 3M1       Rainbow's video type of products offered.

Ex. 3N        July 2002 picture and website printout of Beer and Wine Hobby Shop.


Ex. 4A        April 6, 2001 Woburn Times Article regarding Donovan 9 (front page).

Ex. 4B        April 8, 2001 letter to WLC from Donovan.

Ex. 4C        October 23, 2001 letter to ABCC.

Ex. 4D        November 2, 2001 letter from ABCC.


Ex. 5A        June 22, 2001 WLC decision to deny Donovan license.

Ex. 5B        May 10, 2001 City Solicitor zoning memo 325 Washington Street.

Ex. 5C        May 31, 2001 WLC public hearing transcripts.


Ex. 6A        October 13, 2001 letter to WLC.

Ex. 6B        November 14, 2001 City Solicitor in regards to Maguire's Conflict of Interest.

Ex. 6C        November 20, 2001 WLC public hearing notice.

Ex. 6D        November 26, 2001 Building Commissioner's decision (345 Washington St).

Ex. 6E        November 29, 2001 WLC public hearing minutes.

Ex. 6F        January 8, 2002 Building Commissioner's final decision to G. Curtis.

Ex. 6G        January 28, 2002 Building Commissioner's final decision to WLC.

Ex. 6H        Affidavit of Geoffrey Curtis.

Ex. 6I        MA Court's decision regarding November WLC decision dated March 29, 2002.


Ex. 7A        May 14, 2002 WLC (Wentworth) request for zoning opinion.

| | |
|---|---|
| Ex. 7B | May 23, 2002 Building Commissioner's decision. |
| Ex. 7C | May 30, 2002 WLC public hearing minutes. |
| Ex. 7D | March 21, 2002 WLC public hearing minutes. |
| Ex. 7E | December 3, 2002 District Attorney memo to WLC regarding Open Meeting Law |
| Ex. 7F | October 15, 2002 WLC letter to DA regarding Donovan's complaint. |
| Ex. 7G | May 29, 2002 Complaint filed in MA. Courts – docket 02-2230. |
| Ex. 7H | Memo in support of Complaint – docket 02-2230. |
| Ex. 7I | Affidavit of Robert Connolly. |
| Ex. 7J | Court's Decision –Staying license from Being Issued until zoning is resolved". |
| Ex. 7K | July 29, 2002 WLC memo regarding upcoming WLC hearing regarding Donovan. |
| Ex. 7L | Court's minutes to June 10, 2002 hearing in 02-2230. |
| Ex. 7M | June 18, 2002 Donovan's complaint to BBO regarding city solicitor. |
| Ex. 7N | Court's minutes to June17, 2002 hearing in 02-2230. |
| Ex. 7O | April 24, 2003 Donovan's letter to Judge Jackson dismissing charges against Maguire's friend. |
| Ex. 7P | Flow chart of package store licenses in Woburn District Court |
| Ex. 7Q | Agreement for Judgment in regards to zoning settlement. |
| Ex. 7R | Court Order to WLC to hold hearing on license application. |
| Ex. 7S | Zoning Agreement. |
| Ex. 7T | Release. |
| Ex. 7U | June 7, 2003 Letter from Fairway Pub at Woburn CC banning Donovan from pub. |
| Ex. 8A | June 26, 2003 Donovan's letter to WLC for license hearing. |
| Ex. 8B | July 31, 2003 WLC public hearing transcripts. |
| Ex. 8C | August 1, 2003 Donovan's letter to WLC for Reconsideration. |
| Ex. 8D | August 5, 2003 WLC decision to deny Donovan license. |
| Ex. 8E | Overview of Corporate Wine and Gift – submitted at WLC hearing on July 31, 2003. |
| Ex. 8F | Donovan's survey dated 11/24/2001 with supporting documentation – submitted at WLC hearing on July 31, 2003. |
| Ex. 8G | Donovan's survey dated 3/15/2003 with supporting documentation – submitted at WLC hearing on July 31, 2003. |
| Ex. 8H | Example of gifts baskets to be sold – catalog from Wine and Country – submitted at WLC hearing on July 31, 2003. |

Ex. 8I        ABCC decision dated January 9, 2003 – submitted at WLC hearing dated July 31, 2003.

Ex. 8J        Copy of Complaint filed in MA Court regarding WLC decision dated August 5, 2003 – docket 03-3568.

Ex. 8K        Affidavit of Regina A. Donovan in regards to completed surveys and damages.

Ex. 8L        Affidavit of Paul Wentworth in regards to docket 03-3568.

Ex. 8M        MA Court's decision in regards to docket 03-3568.

Ex. 8N        MA Court of Appeals Notice of Oral Arguments in regard to docket 03-3568.

Ex. 8O        Map of Woburn outlining package store locations – P = proposed location.

Ex. 8P        Map of Woburn outlining locations of restaurants with liquor licenses within Woburn's Industrial Park.

Ex. 8Q        Copy of delivery licenses for package stores located in Woburn.

Ex. 8R        Copy of Giles Liquor's expansion documentation.

Ex. 8S        Copy of S&L Liquors Inc's expansion documentation.

Ex. 8T        Copy of Annual reports filed by Burlington, Woburn, Wilmington.

Ex. 8T1       Copy of population reports of Burlington, Woburn, Wilmington.


Ex. 9A        1/26/96 Donovan's Tort Claim Notice to Mayor Dever.

Ex. 9B        4/2/96 MA. Court's decision regarding Galante – docket 96-1136D.

Ex. 9B1       Memo in support to recuse Galante in regards to docket – 96-1136D.

Ex. 9C        3/1/97 Donovan's notice and supporting documents to Woburn City Council regarding McCaffery appointment to WLC.

Ex. 9D        3/28/97 Donovan's Tort Claim Notice to Mayor Dever.

Ex. 9E        4/10/97 Donovan's letter with supporting documents to Dan Bosley inregards to banning beer and wine licenses.

Ex. 9F        4/27/97 Donovan's letter of City Treasurer regarding leases at North Warren Street – Maguire did not have lease, but parked on city property for free for at least ten years.

Ex. 9F1       10/13/01 Donovan's letter to Maguire to have him recused fro WLC regarding Donovan's license application.

Ex. 9F2       10/20/2001 Donovan's letter to City Council regarding Maguire's application for new full time job with city of Woburn.

Ex. 9F3    1/25/2002 State Ethics Commission Letter in response to Donovan's complaint filed 11/30/2001 wit them.

Ex. 9G    9/2/97 Letter from District Attorney regarding WLC Open Meeting Violations.

Ex. 9G1    4/6/97 Donovan's complaint to DA regarding WLC Open Meeting Law Violations.

Ex. 9G2    2/5/99 DA's decision regarding WLC's violations of open meeting laws.

Ex. 9H    Copy of Federal Complaint filed by Donovan in 1998 – docket 98CV10540MLW.

Ex. 9H1    Maguire's Answers to Interrogatories dated 12/22/99.

Ex. 9H2    Wentworth's Answers to Interrogatories dated 2/18/2000.

Ex. 9H3    Wentworth's Answers to Interrogatories dated 7/29/1999.

Ex. 9H4    Paul Medeiros's Answers to Interrogatories dated 3/2/2000.

Ex. 9H5    Paul Medeiros's Answers to Interrogatories dated 12/23/1999.

Ex. 9H6    Charles McSheffrey's Answers to Interrogatories dated 12/22/1999.

Ex. 9H7    Federal Court's decision dated 4/25/2000.

Ex. 9I    MA. Courts decision regarding open meeting law violations dated 9/29/1999.

Ex. 9J    12/27/1999 State Ethics Memo regarding Wentworth and Maguire.

Ex. 9J1    12/14/1999 Donovan's complaint with attachments to State Ethics Commission regarding Wentworth and Maguire.

Ex. 9J2    3/24/2000 State Ethics Commission's decision regarding Wentworth and Maguire.

Ex. 9K    7/9/2001 MA. AG's office letter to Donovan regarding his complaint regarding Woburn's Golf and Ski Authority.

Ex. 9K1    5/3/2001 Donovan's letter to various state and federal agencies regarding Woburn's Golf and Ski Authority.

Ex. 9L    11/14/2001 State Ethics Commission's letter regarding WLC, Mayor, Building Commissioner, City Solicitor.

Ex. 9L1    9/17/2001 Donovan's letter to DA regarding WLC, Mayor, Building commissioner, City Solicitor.

Ex. 9M    12/18/2001 Donovan's Tort's Claim Act Notice to Mayor Dever.

Ex. 9N    7/1/2002 DA's letter to Donovan regarding WLC violation of open meeting laws.

Ex. 9N1    6/11/2002 Donovan's letter to DA regarding WLC's violation of open meeting laws.

Ex. 9N2    12/2/2002 DA's decision regarding WLC's violations of open meeting laws,.

Ex. 9O        3/5/2004 Donovan's Tort's Claim Act Notice to Mayor Curran.

Ex. 10A       11/8/95 City Solicitor's letter to Donovan.

Ex. 10B       2/4/96 Donovan's letter to Editor  - Woburn Daily Times.

Ex. 10C       2/14/96 Ted Roses' letter to Editor – Woburn Daily Times.

Ex. 10D       2/15/96 Donovan's letter to Editor – Woburn Daily Times.

Ex. 10E       2/16/96 Copy of Letter from Jean O'Connor to Mr. and Mrs. Donovan.

Ex. 10F       January 2001 Donovan's Letter to Editor w/attachments – Woburn Daily Times.

Ex. 10G       August 2001 Donovan's Letter to Editor – Woburn Daily Times.

Ex. 10H       November 2001 Donovan's Letter to Editor – Woburn Daily Times.

Ex. 11A       Number of news articles with dates regarding Donovan's business in Woburn
              Daily Times and Woburn Advocate since 1994.

Ex. 11B       June 3, 1996 Article.

Ex. 11C       February 1997 Article.

Ex. 11D       March 4, 1997 Article.

Ex. 11E       March 5, 1997 Article.

Ex. 11F       March 20, 1997 Article.

Ex. 11G       September 25, 1997 Article.

Ex. 11H       September 2, 1999 Article.

Ex. 11I       November 9, 1990 Article.

Ex. 11J       May 2, 2000 Article.

Ex. 11K       October 6, 2000 Article.

Ex. 11L       June 5, 2001 Article.

Ex. 11M       June 3, 2002 Article.

Ex. 12A       Flow chart of who received liquors licenses in Woburn since the 1950's based on
              the book Woburn – A Past Observed.

Ex. 12B.      Woburn – A Past Observed pages that outline who got package stores.

Ex. 12C       Court files from Johnson v. Martignetti.  Politically connected package store
              owners filed this suit against Martignetti (outsider) driving him out of town.

Ex. 13A       Bickford's file with conditions.

Ex. 14A       Restorante II Ducalli's Form 43 and Public Hearing Notice.

| | |
|---|---|
| Ex. 15A | October 1994 MA Court's decision in McDonough's license request in 12/1992. |
| Ex. 15B | November 9, 1999 Donovan's letter to Judge Hinkle regarding her decision in McDonough case in 1994. |
| Ex. 15C | WLC's public hearing minutes to McDonough license hearing in December 1992. |
| Ex. 16A | August 4, 1994 City Solicitor letter to WLC in regards to Covino matter. |
| Ex. 16B | Hand written notes made by former Chairman of the WLC Dennis P. Donovan. |
| Ex. 17A | ABCC's decision in Candido and Monserrate Fernandez. |
| Ex. 17B | ABCC's decision in Finast Liquors of Massachusetts. |
| Ex. 17C | Building Department City of Beverly zoning decision with attachments. |
| Ex. 17D | Board of Appeals Town of Canton zoning decision with attachments. |