**Peter J. Donovan**
**35 Longmeadow Road**
**Arlington, MA 02474**
**781-643-2848 (Tel)**

FILED
CLERKS OFFICE

2005 APR 19 P 2: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

April 18, 2005

Justice Zobel
United States District Court
United States Court House
1 Court House Way – Suite 2300
Boston, MA 02210

    RE:    Peter J. Donovan Vs. City of Woburn, et. al.
             Docket 04-10614RWZ

Dear Judge Zobel:

I am writing this letter to see if there is any possible way to have a hearing on outstanding matters and an oral argument on my motion for partial summary judgment in mid May if your schedule allows?  I understand that you are extremely busy with trials, but I am almost at a stand still because I only have depositions (no more than two days) to take and a business evaluation report for damages left before trial.  The outstanding issues before this court need to be completed before depositions can take place.

On another matter, I gave the defendant's until May 3, 2005 to answer my motion for partial summary judgment because of my revised memorandum and list of undisputed material facts.

Thank you for your time.

Sincerely,

Peter J. Donovan

CC:    Andrew Brooslin