# Exhibit 3

# City of Woburn

### Massachusetts

A TRUE COPY-ATTEST

*Will C. Caylel*

CITY CLERK
CITY OF WOBURN,

FEB 11 2002

**WOBURN**

**LICENSE COMMISSION**

License Commission Meeting
Nov. 29, 2001
5:30 p.m.

**Members Present:** Chairman Maguire, Members Wentworth and McCaffrey
**Present:** City Solicitor Robertson, Peter Donovan and Attorney Curtis

Chairman Maguire opened the meeting and read letters from the Solicitor and Building. Copies of the letters were given to Donovan, regarding:

1. the legal opinion of Maguire recusing himself
2. the $100.00 fee required.

Chairman Maguire stated he had asked the Building Commissioner for an opinion as to the zoning issues for a package store to go in "by right" at 345 Washington St.. Maguire read a letter from Paris, basically stating that a package store could not locate at that address. Chairman Maguire stated to Donovan that he would recommend to the WLC to give leave to withdraw without prejudice, until such time that Donovan could come up with the information to supply the Building Comm. and convince them that this package store is allowed by right. Maguire stated that we base our decisions on their opinions. At this time Building Dept. does not agree that a package store can be placed at that location. Donovan would have to supply the information to the Building Dept. to reverse their previous opinion and come back in some 30-60 days. Maguire again offered; leave to withdraw without prejudice. Maguire also read a letter dated 11-1-2001, from the City Solicitor regarding 345 Washington St. indicating that there is pending litigation in court. Maguire read parts of the letter. Donovan stated that he had answered the City Solicitor on that issue and that he had received notification that the W.L.C. was going to meet on the application for license at 345 Washington St. and public hearing. Donovan stated he wanted to go forward with the hearing presentation tonight. Donovan also stated that he felt Paris had not received all the facts. Donovan also felt that Paris was not allowed to give zoning opinions. Solicitor Robertson stated that the general public was not entitled to the zoning opinion of the Building Dept. and that Paris responsibility was to advise city officials. Maguire again stated Donovan was illegally before us as we depend on the various city departments to provide W.L.C. with proper information. Again Maguire offered recommendation leave to withdraw without prejudice and come back at a later date when all departments agree/concur. Attorney Curtis agreed.

Chairman Maguire pointed out the following issues:

1. Zoning issues
2. Pending litigation with city at that location
3. Lease agreement –City Solicitor asked, "as of today no license premises exists. Att. Curtis felt that was true. City Solicitor "He doesn't have an option to lease; Donovan stated it is in negotiations. City Solicitor to Curtis "Under Chapter 138, person needs a

"Exhibit B"

lease or option to lease" Curtis, "We could get something signed tomorrow if it was just a matter of form. Curtis stated he was asked to handle the zoning portion of the application; only.

Attorney Curtis wrote a memo regarding zoning, and felt he should talk to Ned and Steve about different cases. Cummings is a crazy place. He understands it is a complicated issue, and that they need the opinion of Paris.

There was considerable discussion on zoning, authority to make decisions and opinions.

City Solicitor stated that the commission could not condition this license.

Donovan stated he would rather have the commission deny this on the zoning issue, and he would go to court tomorrow.

City Solicitor stated there is already a case pending. Donovan stated that was a whole different issue, and that case will come back moot, as he didn't file within 20 days. Donovan stated he would like to get his presentation down and not have a vote, and come back in 2 weeks and make a decision.

Chairman spoke again on the issues he would like to see taken care of;

1. Zoning
2. Lease Agreement
3. Pledge of license, city does not allow pledge of license
4. Ownership on application, see B.B.&W. Inc. is now Corporate Wine. Donovan stated he would have sole proprietorship. Chairman felt they should get a legal opinion on this

When Chairman asked about a pending case against the city regarding B.B.&W., Donovan stated license to be under his name and he would drop that case tomorrow, Case was still alive as of this day. Chairman Maguire would like to have a legal opinion of this issue.

Motion was made and seconded to give leave to withdraw without prejudice. All in favor (3). Next meeting to be January 31, 2002.

City Solicitor and Building Commissioner would be glad to sit down, and iron these complicated issues.

Chairman Maguire brought up the survey Donovan had taken in the area. One of his concerns were the hours of operation regarding 24-7 etc. Maguire would like to see this issue cleared up when they meet again. Donovanq    21 stated his hours would be 9-7. Curtis stated that will give them time to ·get these issues together.

Anne M. Beauchamp