# Exhibit 4

THE COMMONWEALTH OF MASSACHUSETTS
ALCOHOLIC BEVERAGES CONTROL COMMISSION

Application for Alcoholic Beverage License for Retail Sale

**RECEIVED APR 3 0 2002 LICENSE COMMISSION**

City/Town: Woburn MA

) New License
) Transfer of License           ( ) New Officer/Director
) Transfer of Stock             ( ) Other _____
                                    (Specify)

Name to appear on the license: Peter J. Donovan
Business name (d/b/a), if different: Corporate Wine & Gift
Manager of Record: Peter J. Donovan & TBA           FID of Licensee:
Address of Premises; Street: 30 Cedar Street (67 Cummings Park)   Zip code:
Phone number of premises: (     )

Type of license: (check only one)

___Club                    ✓Package store
___General on premise      ___Restaurant              ___Veterans club
___Innholder               ___Tavern                  ___Other_____
                                                          (Specify)

License Category:          ✓All Alcoholic
                           ___Malt only              ___Wine and Malt
                           ___Wine and Malt with Cordials Permit    ___Wine only

License Class:             ✓Annual
                                                     ___Seasonal

Person (attorney if applicable) who can be contacted concerning this application:
Name: David Larsen
Address:
Phone number: (617) 623-4059

Give a full and complete description of the premises to be licensed, including location of all entrances and exits:

67 Cummings Park  Approximately 2,424 square feet
Loading Dock in Front with Front Entrance. Detail Description to follow, showing exits etc.

Seating capacity:        Occupancy number:

Applicant is an: ___Association      ___Corporation        ✓Individual
                 ___Partnership      ___Non-profit corporation

8. If applicant is an individual or partnership: List for individual or each partner.

| Full Name | Home Address | D.O.B. | SSN |
|---|---|---|---|
| Peter James Quacken | 134 North Union St., Arlington, MA 02474 | 12/9/60 | 018-54-88? |
| | | | |
| | | | |

a. Is individual or are all partners United States citizens?   ✓Yes   ___No

   If no, specify citizenship: _____

b. Is individual or are all partners involved at least twenty-one years old?   ✓Yes   ___No

If the applicant is a corporation, complete the following:

State of Incorporation: _____
Date of Incorporation: _____
Fiscal Year Ends: _____
Date qualified to do business in MA: _____

How many shares of stock are authorized? _____   How many shares of stock are issued? _____

Provide in the box below the names of all officers, directors, stockholders and manager. Use * to indicate director

| Title | Full Name | Home Address | D.O.B. | SSN | Shares of stock owned or controlled |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Attach a copy of the vote by the Board of Directors appointing a manager or principal representative.

If the applicant is a corporation, answer the following questions:
1. Are the majority of directors United States citizens?   ___Yes   ___No
2. Are the majority of directors citizens of Massachusetts?   ___Yes   ___No
3. Is the manager or principal representative a U.S. citizen?   ___Yes   ___No

If the applicant is an association, provide in the box below the names of all association officers and members.

| Title | Full Name | Home Address | D.O.B. | SSN | Phone Number |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Will there be any construction, remodeling, redecorating or building on the premises for this license
___Yes   ✓ No   (If yes complete a,b,c, and d)

   a. Give an exact description of the construction, remodeling, redecorating or building on the premises: _____

   b. What are the estimated costs? _____

   c. What is the construction schedule? _____

   d. State all sources of construction financing: _____

Do you own the premises? ___Yes   ✓ No.   If yes, please respond to the question below.

___As an individual   ___Jointly   _____ Name of Realty Trust

_____ Name of Corporation

___Other _____
   (specify)

If you are do not own the premises to be licensed, provide the following information about the owner.)

Name: Anderson Central Inc   Phone number: (781) 932-7050   or 781-935-8000
      Cummings Properties

Address: 200 West Cummings Park, Woburn MA 01801

If a lease or rental, provide the following information: $ 5,241.83 per month
Beginning date of lease August 1 2002   Ending date of lease Oct 31 2005   (month) year, etc.)
(provide a copy of the lease.)

## Financial

What assets were purchased and cost?

| Equipment: $ | Furniture: $ | Goodwill: $ |
|---|---|---|
| Inventory: $ | License: $ | Premise: $ |

Total Purchase Price: $

Identify in the box below all sources of financing?

| Mortgage: $ | | |
|---|---|---|
| Cash: $ | Seller: $ | |
| | Other (specify): $ | |

(document all sources e.g., -Loan papers, checking accounts, stock sales, etc.)

Any other terms and conditions:

(provide purchase and sale documents)

Are you seeking approval for license to be pledged?   ___Yes   ✓ No
If yes, to whom?

13e. Will the inventory be pledged?  ✓ Yes  ___ No

If yes, specify to whom __SBA Loan or Bank__

13f. If a corporation, are you seeking approval for any corporate stock to be pledged?  ___ Yes  ___ No

If yes, identify to whom and identify the number of shares to be pledged. _____

### OWNERSHIP INTERESTS

14. State the following information for all persons or entities who will have any direct or indirect beneficial or financial interest in this license:

| Full Name | Home address | | D.O.B. | SSN | Phone Number |
|---|---|---|---|---|---|
| Peter J. Donoku | P.O. Box 2006 Woburn MA 01888 | 134 n Union St. Arlington, MA | 12-9-60 | 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 | 781-643-2 |
| The Boston Beer & Wine Co., Inc. | 5 Crescent Rd Woburn, MA 01801 | | 11-94 | 04-3253786 | |

14a. Describe all types of beneficial or financial interest each person or entity identified in Question 14 will have in this license:

| Person or entity | Beneficial or financial interest |
|---|---|
| Peter J. Donoku | Will own license |
| The Boston Beer & Wine Co. | Will receive all income from operation |

14b. Does any person or entity listed in Question 14 have any direct or indirect beneficial or financial interest in any other license granted under Chapter 138?  ___ Yes  ✓ No  (If yes, provide the following for each person or entity.)

| Name | Type of license | License name and address | Description of Interest |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

c. Has any person or entity named in Question 14 ever held a license or a beneficial interest in a license issued under Chapter 138 which is not presently held?  ✓ Yes  ___ No  (If yes, provide the following for each person or entity.)

| ame | Type of License | License name and address | Date ownership surrendered |
|---|---|---|---|
| The Boston Beer & Wine Company Inc | Package Store | Boston Beer & Wine Co. 140 Elliott Street, Beverly, MA | Jan 98 |
|  |  |  |  |
|  |  |  |  |

d. Describe how all licenses identified in Question 14c were terminated (e.g. transfer of ownership, non-renewal, surrender, etc.):

| ate | License | Reason why the license was terminated |
|---|---|---|
| Jan 98 | Package Store | Non-Renewal |
|  |  |  |
|  |  |  |

e. Has any person or entity named in Question 14 ever had a license suspended, revoked, or cancelled?  ✓ Yes  ___ No  (If yes, provide the following information)

| te | License | Reason why the license was suspended, revoked, or cancelled |
|---|---|---|
| July 97 | Package Store | See attached |
|  |  |  |

f. Has any person or entity named in Question 14 ever been convicted of violating any state, federal or monetary law?  ✓ Yes  ___ No  (If yes, attach a statement of details.)

a. Each individual applicant must sign.
b. Applications by a partnership must be signed by a majority of the partners.
c. Applications by a corporation must be signed by an officer authorized by a vote of the corporations Board of Directors.
d. Applications by an association must be signed by a majority of the members of the governing body. All signers must have answered question 10.
e. False information or failure to disclose are reasons to revoke a license or deny a license application.

Signed and subscribed to under the penalty of perjury, this 24th day of April, 19 2002.

Signature of Full Name                           Title
_Peter J. Donovan_                               Owner