# Exhibit 5



**WOBURN**
**LICENSE COMMISSION**

# City of Woburn
## Massachusetts



A TRUE COPY-ATTEST
CITY CLERK
CITY OF WOBURN

License Commission Meeting
May 30, 2002
5:30 p.m.

**Members Present:**     Chairman Maguire, Members Wentworth and McCaffrey

Chairman Maguire opened the meeting and read a letter from Peter Donovan, copy of letter enclosed. Meeting moved on to the following:

1. Request by the Kiwanis Club for "One Day" license. James Dulong appeared before the Commission and stated that the license was needed to sell just beer for the Flag Day Celebration on June 15th. Dulong said that the beer would be served in the basketball court area. Hours to be from 1:00 p.m. to 10:00 p.m., ending just before the fireworks. There will be police detail, and there will be a limit of how much is served to each person. Mayor Curran and Chief Mahoney were noted in favor. Motion was made and seconded to approve license. 3-0

2. Request by the Greek Church for "One Day" license. Jim Kouripines appeared before the Commission and stated that the license was needed to sell Alcoholic Beverages for their annual festival. Dates to be June 7, 8, & 9th. Hours to be June 7th 12 p.m. to 11:00 p.m. June 8th 12:00 p.m. to 11:00 p.m. and June 9th from 12:00 p.m. to 6:00 p.m. Drinking will be under tent. Police were in favor of license. Motion made and seconded to approve license. 3-0.

3. Change of Manager for City Club. Michael Doughty, 5 Carley Way, Lowell appeared before the Commission as the new manager, replacing Richard Brusseau. Doughty stated that he has had experience in the restaurant business for years, and he was given a copy of the Rules & Regulations for the clubs. Motion made and seconded to approve change.
`3-0.

4. Request for Common Victuallers license by the new Residence Inn at 300 Presidential Way. Michael Bissonnette, General Manger for the hotel appeared before the Commission requesting a C.V. license. Mr. Bissonnette stated that they planned to open August 1st. The license was needed to serve complimentary breakfast and evening

-2-

License Commission Meeting May 30, 2002

Snacks for guests of the hotel. Seating capacity to be 50 seats. Hours from 6:00 a.m. to 9:30 a.m. Monday thru Friday and 7:00 a.m. to 10:30 a.m. Saturday & Sunday for breakfast. Evening service will be 4 nights per week. This procedure will not be opened to the public. The evening service hours will be addressed when the liquor license is requested and that will be soon. Motion made and seconded to approve license; 3-0.

5.  Request by No. Woburn Package Store for transfer of stock from Jerome Cullen to Mark Cullen and appointment of Mark Cullen as Treasurer & Director.
    Attorney Allan Altman, 404 Main St. Wilmington, MA represented the applicants for this request. Chairman Maguire opened the Public Hearing for this change. Attorney Altman spoke on the changes. Altman stated that the Commission recently had approved the request for change of manager and stock transfer, on March 21st, from Charles McSheffrey to David McSheffrey.
    Jerome Cullen is retiring from the business. Chairman Maguire if anyone was opposed. None opposed. Captain Magee, of the Woburn Police Dept. spoke in favor of the change, and that they never had any problems with this store. Motion made and seconded to approve changes. All in favor 3-0.

6.  Request by Portuguese American Club for a "One Day" license for two festivals that they have annually on the grounds of the club.
    George Carreiro appeared before the Commission request a license for a 3 day celebration, and stated they would have a police detail. After a lengthy discussion on this particular license regarding;
    a.  Late request notices.
    b.  Loud music with complaints if the past.
    c.  Not having been notified for approval in the past

Captain Magee spoke about the loud music in the past.

The following hours were agreed upon for the sale of liquor:
May 31st      6:00 to 11:45 p.m.
June 1st      4:00 to 11:45 p.m.
June 2nd      12:00 to 10 p.m.
Aug. 9th      6:00 to 11:45 p.m.
Aug. 10th     4:00 to 11:45 p.m.
Aug 11th      12:00 to 10:00 p.m.

-3-
License Commission Meeting May 30, 2002

The following hours were agreed upon for the band:

| | |
|---|---|
| May 31st. | 6:00 to 11:00 p.m. |
| June 1st. | 4:00 to 11:p.m. |
| June 2nd | 12:00 to 9:00 p.m. |
| Aug. 9 | 6:00 to 11:00 p.m. |
| Aug. 10th | 4:00 to 11:00 p.m. |
| Aug. 11th | 12:00 to 9:00 p.m. |

Commission members agreed that the police officer on duty could make the judgement as to the band amplification and manager agreed.
Motion made and seconded to approve special license. All in favor. 3-0.

7. Peter Donovon's postponement of license application on the last day (meeting day) was discussed. Discussion involved the late notice of the postponement e.g. Peter Donovan needed to contact the court, line up a sheriff to deliver the packages, and deliver a letter of postponement. Donovan had to know in advance of May 30th of these plans.

It was agreed to ask Solicitor James Feld for advise on proceeding' e.g. should we allow Donovan leave to withdraw the license request without prejudice (Member Wentworth believed he can then act within 30 days) or withdraw with prejudice (Mr. Wentworth believed that might involve a one year waiting period before re-application).

Meeting was opened up for a public hearing (passed 3-0).
Captain Magee, Woburn Police Dept. stated they were neutral on this issue.
No one spoke in favor of the application.
Ald. Paul Mederios spoke against the package store at 30 Cedar St. due to zoning restrictions, retail sales no allowed in an OP zone.
No other speakers.
Public meeting concluded.

Motion made and seconded to return to the regular order of business. All in favor. 3-0

Motion made and seconded not to accept further applications from Peter Donovan, at 30 Cedar St. (67 Cummings Park, or any other addressee's or names of corporations until we hear from the Superior Court, due to the current Writ of Mandamus.

-4-

License Commission Meeting May 30, 2002

8. <u>Under New Business</u>

   Captain Magee, Woburn Police Dept. spoke on an incident at the Woburn Country Club/Fairway's Restaurant regarding an altercation between Peter Donovan and another person. There has thus far been <u>no action</u> by the Woburn P.D., thus no action required by the Woburn License Commission, at this time also Capt. Magee stated that <u>he had two</u> police witnesses and seven civil witnesses available to speak to the incident at the Woburn License Commission meeting.
   
   The City Solicitor recommends that the 911 tape relative to the incident not be played at this Time.

   Motion made and seconded to adjourn meeting. All in favor.  3-0

   Meeting concluded at 7:10 p.m.


Anne M. Beauchamp
Clerk of Committees