# Exhibit 6



Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries » Entry Text

# Donovan v Woburn License Commission et al

**Docket Entry Details for Docket: MICV2002-02230**

| No. | Docket Entry: |
|-----|---------------|
| 1 | AGREEMENT: This Agreement made by and between Peter J. Donovan, |
| 2 | Plaintiff; and City of Woburn Zoning Board of Appeals and its |
| 3 | members, Philip McGovern, Daniel Riley, Kenneth Summers, George Pike, |
| 4 | Deborah Robinson and Stephen M. Paris as he is Building Commissioner |
| 5 | of the City of Woburn, Defendants, respectively in Middlesex Superior |
| 6 | Court Action MICV 2002-03386. Defendants agree not to raise or |
| 7 | pursue the issue of zoning at the site ultimately chosen from the |
| 8 | three proposed by the Defendant at which to establish his gift |
| 9 | service business, specifically 345 Washington Street, 30 Cedar |
| 10 | Street, or 32 Cedar Street, and the Plaintiff agrees to be bound by |
| 11 | the conditions enumerated heein (the majority of which plaintiff has |
| 12 | suggested,proposed or otherwise offered) which constitute reasonable |
| 13 | restrictions and limitations upon the operation of plaintiff's |
| 14 | business and upon the premises at which it is located, should a |
| 15 | license be granted to Plaintiff by the Woburn License Commission. 1.) |
| 16 | There shall be no refrigeration, including, but not limited to walk |
| 17 | in coolers or free standing refrigeration units. All products will |
| 18 | be sold at room temperature. 2.) There shall be no transfer of the |
| 19 | liquor license or ownership of the business for at least ten years. |
| 20 | 3.) There shall be no retail or product signage on the premises. |
| 21 | Only the name of the business entity, "Corporate Wine and Gift", |
| 22 | and/or its address shall appear on any signage. 4.) Neither walk-in |
| 23 | sales nor pickups by customers shall be promoted in any mailings or |
| 24 | advertisements. There will be no outside advertising at or near the |
| 25 | location except for the name of the business, "Corporate Wine and |
| 26 | Gift" which shall appear on a sign in conformity with the table of |
| 27 | dimensional requirements in the 1985 Woburn Zoning Ordinance, as |
| 28 | currently amended. 5.) There shall be no bottle redemption, unless |
| 29 | mandated by statute. 6.) There shall be no selling of condiments |
| 30 | (soda, chips, ets.). 7.) There shall be no sale of lottery tickets |
| 31 | and or other items 'of chance'. 8.) There shall be no sale of |

AOTC Information Center

12/2/03 9:38 AM

```
32    tobacco products. 9.) Deliveries shall be limited to two delivery
33    trips per day via passenger vehicle or non-commercial verhicle, i.e.
34    thee shall be no commercial trucks used for delivery. 10.) All
35    deliveries shall be made Monday through Thursday betweetn 10 am and 3
36    pm. 11.) There shall be no deliveries to residential addresses. A
37    delivery log shall be maintained of all deliveries to be reviewed
38    without notice, by city of officials, including, but not limited to
39    the Woburn License Commission, Woburn Building Commissioner and
40    Woburn Police Department. 12.) Hours of operation shall be Monday
41    through Saturday, from 10AM to 7:30 PM. There shall be no product
42    advertisement, retail signs, or neon signs inthe windows. 13.) There
43    shall be only one chase register and counter for walk in business.
44    14.) There shall nr no nips, half-pints, or pints of liquor; or
45    single beers sold at the location. 15.) Peter J. Donovan and The
46    Boston Beer and Wine Co., Inc., and his and their heirs, successors,
47    assigns, transferees, etc., shall not seek any form of zoning relief
48    from the city of Woburn either prior to the issuance of any building
49    or occupancy permits needed to oerate his/its business nor during the
50    existence of the business. 16,) Retail sales at this business
51    location shall be deemed to mean only those that are made to
52    accommodate the occasional, direct mail or walk-in customer who wants
53    to pick-up a purchase. There shall be no advertising or promoting of
54    the l ocation and/or business as a retail sales establishment or
55    outlet. dated 5/15/03, entered on docket 6/3/03
```

**Docket Details:**    **Parties**    **Attorneys**    **Docket Entries**    **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

http://www.ma-trialcourts.org/tcic/fc/?dcn_id=2380157&app_ctx=dentry_details&nav_ctx=ci_u&srch_ctx=doc_cv&parent_ctx=44&child_ctx=47

Page 2 of 2