# Exhibit 7

*Amended Application*



# The Commonwealth of Massachusetts
Alcoholic Beverages Control Commission
239 Causeway Street
Boston, MA  02114

**Application for Alcoholic Beverage License for Retail Sale**

City/Town: __Woburn__

(✓) New License          ( ) New Officer/Director
( ) Transfer of License  ( ) Other _____
( ) Transfer of Stock        (specify)

**Section 1**
Name to appear on the license: __Peter J. Donovan__
Business Name (d/b/a, if different): __Corporate Wine & Gift__
Manager of Record: __Peter J. Donovan__   FID of Licensee: __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__
Address of Premises: __30 Cedar Street (55 Cummings Park)__   Zip Code: __01801__
Phone number of premises: __TBA__

**Section 2** Type of license: (check one only)

( ) Club                 (✓) Package Store     ( ) Veterans Club
( ) General on Premise   ( ) Restaurant        ( ) Other _____
( ) Innholder            ( ) Tavern

**Section 3** License Category

(✓) All Alcoholic        ( ) Wine and Malt
( ) Malt Only            ( ) Wine Only
( ) Wine and Malt with Cordials Permit

**Section 4** License Class

(✓) Annual               ( ) Seasonal

**Section 5** Person (attorney if applicable) who can be contacted concerning this application

Name: __Peter J. Donovan__
Address: __35 Longmeadow Rd, Arlington, MA 02474__
Phone Number: __(781) 643-2848 (H)   (781) 467-7619 (W)__

*Peter J. Donovan*
*Corporate Wine & Gift*

Section 6  Give a full description of the premises to be licensed, including location of all entrances and exits:

See Attachments: "A" (Floor Plan), "B" (Zoning Settlement) & "C" (Premises)

6a.
Seating Capacity: _____    Occupancy Number: _____

**Section 7**
Applicant is an:

( ) Association           ( ) Corporation              (✓) Individual
( ) Partnership           ( ) Non-profit corporation   ( ) LLC

**Section 8**  If applicant is an individual or partnership – List for individual or each partner:

| Full Name | Home Address | DOB | SSN |
|---|---|---|---|
| Peter J. Donovan | 35 Longmeadow Rd, Arlington, MA 02474 | 12/5/60 | 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 |
| | | | |
| | | | |

8a. Is individual or all partners United States citizens?        (✓) Yes   ( ) No

   If no, specify citizenship: _____

8b. Is individual or all partners involved at least twenty-one years old? (✓) Yes   ( ) No

**Section 9**  If the applicant is a corporation, complete the following:

State of Incorporation: _____    Date of Incorporation: _____

Fiscal Year Ends: _____    Date qualified to do business in MA: _____

9a. How many shares of stock are authorized: _____    How many shares are issued: _____

Provide in the box the names if all officers, directors, stockholders and manager.
Use * to indicate director

| Title | Full Name | Home Address | DOB | SSN | Shares of stock owned or controlled |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

9b. Attach a copy of the vote by the Board of Directors appointing a manager or principal representatives.

Peter J. Donovan
Corporate Wme ¿ Gift

9c. If the applicant is a corporation, answer the following questions:

1. Are the majority of directors United States citizens?   ( ) Yes   ( ) No
2. Are the majority of directors citizens of Massachusetts?   ( ) Yes   ( ) No'
3. Is the manager or principal representative a U.S. citizen?   ( ) Yes   ( ) No

**Section 10** If the applicant is an association, provide in the box below the names of all association officers and members.

| Title | Full Name | Home Address | DOB | SSN | Phone Number |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

10b. Attach a list of all members of the LLC.

**Section 11** Will there be any construction, remodeling, redecorating or building on the premises for this license?
   (✓) Yes   ( ) No   (If yes complete a,b, c and d)

a. Give an exact description of the (construction,) remodeling, redecorating or building on the premises:

_See Attachment "C"_

b. What are the estimated costs: _____

c. What is the construction schedule: _____

d. State all sources of construction financing: _____

**Section 12**

Do you own the premises?   ( ) Yes   (✓) No. If yes, please respond to the question below.

( ) As an individual   ( ) Jointly _____ Name of Realty Trust

_____ Name of Corporation

( ) Other_____

(If you do not own the premises to be licensed, provide the following information about the owner.)

Name: _Anderson Central Inc_   Phone Number: _(781) 932-7050 or (781) 935-8000_
Address: _c/o Cummings Properties, 200 West Cummings Park, Woburn MA 01801_

Peter J. Donovan
Corporate Wine & Gift

12a.   If a lease or rental, provide the following information: $ _Approximately 2,863.23_ per _Month_
                                                                                                                                       (month, year, etc.)

Beginning date of lease _Sept 1, 2003_      Ending Date of lease _Aug 31, 2006_
(provide copy of the lease) _See Attachment "Regarding Lease"_

## FINANCIAL

**Section 13**
What assets were purchased and cost?    N/A

Equipment: $_____    Furniture: $_____    Goodwill: $_____

Inventory: $_____    License: $_____    Premise: $_____

13a.   Total Purchase Price: $_____

13b.   Identify below all sources of financing:
Mortgage: $_____    Seller: $_____

Cash: $_____    Other (specify): $_____

Document all sources e.g. Loan papers, checking accounts, stock sales, etc.

13c.
All other terms and conditions: _____
(provide purchase and sale documents)

13d.   Are you seeking approval for license to be pledged:   ( ) Yes   (✓) No   _See Attachment "C"_

    If yes, to whom: _____

13e.   Will the inventory be pledged:   ( ) Yes   (✓) No   _See Attachment "C"_

    If yes, specify to whom: _____

13f.   If a corporation, are you seeking approval for any corporate stock to be pledged:
                                                                                                   ( ) Yes   (✗) PJD No

    If yes, identify to whom and identify the number of shares: _____

## OWNERSHIP INTERESTS

**Section 14** State the following information for all persons or entities who will have any direct or indirect beneficial or financial interest in this license:

| Full Name | Home Address | DOB | SSN | Phone Number |
|---|---|---|---|---|
| Peter J. Donovan | 35 Longmeadow Rd Arlington, MA 02474 | 12/9/60 | 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 | 781-467-7019 781-643-2848 |
|  |  |  |  |  |
|  |  |  |  |  |

Peter J. Donovan
Corporate Wine & Gift

14a. Describe all types of beneficial or financial interest each person or entity identified in Question 14 will have in this license:

| Person or entity | Beneficial or financial interest |
|---|---|
| Peter J Donovan | 100% Beneficial and Financial Interest |
| | |
| | |

14b. Does any person or entity listed in Question 14 have any direct or indirect beneficial or financial interest in any other license granted under Chapter 138?

( ) Yes  (✓) No

| Name | Type of license | License Name and Address | Description of Interest |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

14c. Has any person or entity named in Question 14 ever held a license or a beneficial interest in a license issued under Chapter 138 which is not presently held?   (✓) Yes   ( ) No
(If yes, provide the following for each person or entity.)

| Name | Type of License | License Name and Address | Date ownership surrendered |
|---|---|---|---|
| Peter J. Donovan | Beer & Wine Package Store | The Boston Beer & Wine Co, Inc 140 Elliott St., Beverly, MA | January 1998 |
| | | | |
| | | | |

14d. Describe how all licenses in Question 14c were terminated (e.g. transfer of ownership, non-renewal, surrender, etc.)

| Date | License | Reason why the license was terminated |
|---|---|---|
| January 1998 | Beer & Wine Package Store | NON-Renewal |
| | | |
| | | |

Peter J. Donovan
Corporate Wine & Gift

14e. Has any person or entity named in Question 14 ever had a license suspended, revoked or cancelled?

( ✓ ) Yes     ( ) No
(If yes, provide the following information)

| Date | License | Reason why the license was suspended, revoked or cancelled |
|---|---|---|
| July 1997 | Package Store | See Attachment "C" |
| | | |

14f. Has any person or entity named in Question 14 ever been convicted of violating any state, federal or military law?     ( ) Yes     ( ✓ ) No

15.
 a. Each individual applicant must sign.
 b. Applications by a partnership must be signed by a majority of the partners.
 c. Applications by a corporation must be signed by an officer authorized by a vote of the corporations Board of Directors.
 d. Applications by an association must be signed by a majority of the members if the governing body. All signers must have answered question 10.
 e. False information or failure to disclose are reasons to revoke a license or deny a license application.

Signed and subscribed to under the penalty of perjury, this 3rd day of July, 2003.

By Signature of Full Name _____ Title _____
Peter J. Donovan                                    Owner



PETER J. DONOVAN
"CORPORATE WINE & GIFT"

### SECTION 6 - PREMISES:

The proposed leased unit is approximately 2,463 square feet located at 30 Cedar Street (55 Cummings Park). There is ONLY ONE entrance/exit to said unit. This unit has three offices that will be used as office space and are located in the rear of said unit. The rest of the unit will be divided into three sections equally; customer service area, order assembly area and product display/storage area. Product display and storage area will be in the front of the unit. There are only three small windows located on the north wall of the unit.

### SECTION 11 - REDECORATING:

Currently, the proposed leased unit is made up of 53 and 55 Cummings Properties and is approximately 5,000 square feet. The unit will be divided into two units with all cost and construction provided by Cummings Properties prior to occupancy.

### SECTION 12 – LEASE:

Peter J. Donovan will enter into a commercial lease with Cummings Properties if the Woburn License Commissions grants PJD the license. Based on past experiences with the Woburn License Commission, PJD does not want to tie up Cummings Properties management to negotiate a commercial lease until all matters with the city of Woburn are resolved once and for all. Peter J. Donovan will provide Cummings Properties with an unsecured security deposit on this space prior to any public hearing on said license. If the license is granted by the WLC, a commercial lease will be signed the next day.

### SECTION 13D & 13E – PLEDGING:

Peter J. Donovan will not pledge license or inventory because of past concerns made by Woburn License Commissioners.

### SECTION 14 – OWNERSHIP INTEREST # 14 E:

BBWC, Inc used UPS to ship wine to Massachusetts' customers only (on one occasion). When we first went to UPS they indicated that they could ship wine, but as it turned out they did not have the proper license. Also, BBWC imported 12 bottles of wine (for wine show) but they did not have the proper Massachusetts license. BBWC had a Federal Import and Wholesale License. BBWC was shut down for three days for these infractions.

BBWC, Inc. never sold to a minor and everyone was carded who purchased beer or wine. If you did not have the proper ID, you could not purchase.

**ATTACHMENT "C"**