# Exhibit 8

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                          SUPERIOR COURT
                                                        C.A. NO.: 03-3568

PETER J. DONOVAN pro se,                )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )
CITY OF WOBURN, CITY OF WOBURN          )
LICENSE COMMISSION, PAUL WENTWORTH,     )
J. KEVIN MAGUIRE AND OWEN MCCAFFREY,    )
    Defendants.                         )

## AFFIDAVIT OF PAUL WENTWORTH

I, Paul Wentworth, do depose and swear under the pains and penalties of perjury as follows:

1. I am a member of the Woburn Licensing Commission for the City of Woburn, Massachusetts. I served as Acting Chairman of the Woburn Licensing Commission on July 31, 2003, for the hearing on Peter J. Donovan, d/b/a Corporate Wine & Gift's application for the issuance of a license pursuant to G.L. c. 138 § 15.

2. The hearing on Mr. Donovan's application was not the result of an order of the ABCC, but due to a direct application by the plaintiff.

3. J. Kevin Maguire, Chairman of the Woburn Licensing Commission, recused himself from the proceedings and neither participated in the hearing nor voted on the plaintiff's application.

4. I voted to deny Mr. Donovan's license application and signed the August 5, 2003 letter to Mr. Donovan explaining the grounds for the denial.

5. The denial of the application was based on an assessment that there is no public need for the issuance of another package store license in Woburn in light of the the number of package stores in operation in Woburn when compared with the population and the number of package stores in the neighboring communities of Lexington, Burlington, Wilmington, Reading, Stoneham and Winchester.

6. Information concerning the populations and §15 licenses in neighboring towns was obtained by speaking with officials from those towns.

7. I was a member of the Woburn Licensing Commission when two § 15 license holders requested approval to expand their operations. At the time the parties were not requesting another license or seeking to renew their license. Different considerations are taken into account when deciding upon a request to expand as opposed to a license application. Public need is not a significant critieria because

the issuance of the license denotes a determination had previously been made by the licensing commission that there was a public need for the licensee's business.

*Signed under the pains and penalties of perjury this* __30__ *day of October, 2003.*

_____
Paul Wentworth,
Member, Woburn Licensing Commission