# Exhibit 9



**WOBURN
LICENSE COMMISSION**

# City of Woburn
## Massachusetts

August 5, 2003

Peter J. Donovan
35 Longmeadow Road
Arlington, MA  02474

RE:  Application for Package Goods Store

Dear Mr. Donovan:

At a Public Hearing held on Thursday, July 31, 2003 regarding your application for a Package Goods Store at 30 Cedar Street a motion was made and seconded to deny your request for the following reasons:

1. **No Public Need:**

   a) Woburn population is currently 37,258 that would allow "8" licenses to be issued; the guidelines "1" license for each 5,000 population, 2,258 are less than ½ of the 5,000 guideline that in this writer's judgement, makes the need marginal. Woburn has the <u>highest ratio</u> of package stores per thousand people of population, than all the
   b) <u>surrounding towns,</u> based on a survey by this writer done on 11-30-01.
   c) Additionally there are "6" package stores from surrounding towns, that are located near Woburn lines, that range from "2" at approximately 400 yards, and "4" at approximately1-2 miles.  These stores certainly affect the ability to purchase alcohol; some advertise in our local newspaper to solicit that business

2. Additional concerns that affected the decision:

   a) Lack of to ability to <u>"condition"</u> a Section 15 license, to the applicant's requests, to comply with our concerns.
   b) Concerns for <u>proper control</u> and <u>need</u> of mail order delivery business; given the City's current distribution of its package stores throughout the City, and availability to purchase alcohol.
   c) Concern for possible later sale or transfer of license, to a full package store, that is, in this writers judgement, not necessary.

-2-

Motion made and seconded to DENY request for PACKAGE GOODS STORE at 30 CEDAR ST.

*Paul J. Wentworth*

PAUL J. WENTWORTH, ACTING CHAIRMAN

*Owen J. McCaffrey*

OWEN McCAFFREY, MEMBER

PJW/amb

CC:   A.B.C.C.
      Law Department

Exhibit "A"   1 of 2