UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

PETER J. DONOVAN, pro se,   )
                            )
    Plaintiff               )
                            )
v.                          )
                            )
CITY OF WOBURN, et. al.     )
                            )
    Defendants              )

**PLAINTIFF'S MOTION TO COMPEL INFORMATION REQUESTED ON
INTERROGATORIES – ROUND TWO
PURSUANT TO FED. RULE OF CIVIL PROCEDURE RULE 37**

Now come the plaintiff and he Motions this Honorable Court to order defendant's to Answer Interrogatories – ROUND TWO that were FILED WITH DEFENDANT'S on and around April 1, 2005.

The requested information on the interrogatories is needed for the following;

1. Needed for depositions so the Plaintiff can explore email messages and who Wentworth spoke to regarding the survey that he supposingly did to support his August 2003 decision. By not having this basic information it is slowing the discovery process for the Plaintiff.

2. In addition, there is very good reason to believe that the defendant's are delaying this matter, especially Wentworth's survey information request, because this information could be used against the defendant's in the pending MA. Appeals Court case.

The Plaintiff moves this Honorable Court to compel defendants to provide requested information within ten days and order liquor license issued to Plaintiff in sanctions for filing said motion.

SEE ATTACHED AFFIDAVIT

May 11, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

**CERTIFICATE OF SERVICE**

I, PETER J DONOVAN, SERVED A COPY OF THIS MOTION UPON THE DEFENDANT'S ATTORNEY VIA FIRST CLASS MAIL ON May 12, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.