UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF WOBURN, et. al. ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

1. I, Peter J. Donovan, mailed via first class copies of Motion for Interrogatories – Round Two to defendant's counsel on April 1, 2005. **See Exhibit A, A1, A2, A3, A4, A5 and A6.**

2. The Defendant's did not respond to my request for documents within given time frame pursuant to rules of civil procedure.

3. I left a telephone message with defendant's council on May 5, 2005 in regards to interrogatories. On May 6, 2005 the defendant's responded via email asking for another two weeks to have interrogatories signed **(see Exhibit B)**. I responded via email indicating that I will give the defendant's until Wednesday May 11, 2005 to have answered and signed – the defendant's did not respond **(see Exhibit C)**.

4. The information that I requested is very simple to obtain and a reasonable person could have this information within two weeks.

Signed under the pains and penalties of perjury on May 11 2005.

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-467-7019 (work)
781-643-2848 (home)

**Peter J. Donovan**
**35 Longmeadow Road**
**Arlington, MA 02474**
**781-643-2848 (Tel)**



April 1, 2005

Andrew Brooslin
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

RE:  Peter J. Donovan Vs. City of Woburn, et. al.
     Docket 04-10614RWZ
     Plaintiff's 2nd Round - Interrogatories.

Dear Andrew:

Enclosed, please find Plaintiff's Motion for Interrogatories for City of Woburn, Paris, Robertson, Wentworth, McCaffery and Maguire.

Please call if you have any questions.

Sincerely,

Peter J. Donovan



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,  ) Case No: 04-10614-RWZ
    Plaintiff,  )
    vs.  )
CITY OF WOBURN, et al,  )
    Defendants.  )

## MOTION FOR INTERROGATORY – PAUL WENTWORTH
### ROUND TWO

Now come the Plaintiff and he would like Defendant, PAUL WENTWORTH, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

## INSTRUCTIONS

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure.

## INTERROGATORY

1. Please list all email addresses and providers registered to your home address since June 2000.

PLAINTIFF'S EXHIBIT A1

2. In regards to your November 2001 survey – please list the surrounding towns that you did survey with.

3. In regards to your November 2001 survey, please give the names of the people you spoke to and their official titles from the surrounding towns that you did survey with.

Dated this April 1, 2005

*/s/ Peter J. Donovan*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

## CERTIFICATE OF SERVICE

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON April 1, 2005.

*/s/ Peter J. Donovan*

PETER J. DONOVAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,  )   Case No: 04-10614-RWZ
                         )
        Plaintiff,       )
                         )
    vs.                  )
                         )
CITY OF WOBURN, et al,   )
                         )
        Defendants.      )

**MOTION FOR INTERROGATORY – J. KEVIN MAGUIRE**

ROUND TWO

Now come the Plaintiff and he would like Defendant, J. Kevin Maguire, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

**INSTRUCTIONS**

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure.

**INTERROGATORY**

1. Please list all email addresses and providers registered at your home address.

PLAINTIFF'S EXHIBIT
A2

Dated this April 1, 2005

*[signature]*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

## CERTIFICATE OF SERVICE

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON April 1, 2005.

*[signature]*
PETER J. DONOVAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,         )   Case No: 04-10614-RWZ
                                 )
           Plaintiff,            )
                                 )
     vs.                         )
                                 )
CITY OF WOBURN, et al,           )
                                 )
           Defendants.           )

## MOTION FOR INTERROGATORY – STEVE PARIS
### ROUND TWO

Now come the Plaintiff and he would like Defendant, STEVE PARIS, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

## INSTRUCTIONS

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure.

## INTERROGATORY

1. Please list all email addresses and providers registered at your home address since June 2000.

-1-


PLAINTIFF'S EXHIBIT
A3

2. Please list all email addresses at your place of employment and provider that you have access to (Building Department Only).

3. Is it true that all business related signs displayed in the city of Woburn must have a sign permit issued by your office? If false please explain.

Dated this April 1, 2005

*[signature]*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

**CERTIFICATE OF SERVICE**

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON April 1, 2005.

*[signature]*
PETER J. DONOVAN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PETER J. DONOVAN pro se,            )   Case No: 04-10614-RWZ
                                    )
         Plaintiff,                 )
                                    )
    vs.                             )
                                    )
CITY OF WOBURN, et al,              )
                                    )
         Defendants.                )

**MOTION FOR INTERROGATORY – OWEN MCCAFFERY**

ROUND TWO

Now come the Plaintiff and he would like Defendant, OWEN MCCAFFERY, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

**INSTRUCTIONS**

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure

**INTERROGATORY**

1. Please list all email addresses and providers registered at your home address since June 2000.

-1-



PLAINTIFF'S EXHIBIT
A4

1 | Dated this April 1, 2005

*[signature]*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

## CERTIFICATE OF SERVICE

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON April 1, 2005.

*[signature]*
PETER J. DONOVAN

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,  )  Case No: 04-10614-RWZ
    Plaintiff,  )
vs.  )
CITY OF WOBURN, et al,  )
    Defendants.  )

## MOTION FOR INTERROGATORY – CITY OF WOBURN

Now come the Plaintiff and he would like Defendant, CITY OF WOBURN, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

### INSTRUCTIONS

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure

### INTERROGATORY

1. Please list all email addresses and providers registered with the city of Woburn that the Mayor (Dever and Curran) for the city of Woburn had access to within their office since June 2000.

-1-


PLAINTIFF'S EXHIBIT A5

2. Please list all email addresses and providers registered with the city of Woburn that the city solicitors (Robertson and Lawton) and assistant city solicitors (Callahan-Duocette and Felds) for the city of Woburn had access to within their office since June 2000.

Dated this April 1, 2005

*(signature)*

Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

## CERTIFICATE OF SERVICE

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON April 1, 2005.

*(signature)*

PETER J. DONOVAN

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,                ) Case No: 04-10614-RWZ
                                        )
    Plaintiff,                          )
                                        )
    vs.                                 )
                                        )
CITY OF WOBURN, et al,                  )
                                        )
    Defendants.                         )

## MOTION FOR INTERROGATORY – EDWARD ROBERTSON
ROUND TWO

Now come the Plaintiff and he would like Defendant, EDWARD ROBERTSON, to provide the following information through this formal motion pursuant to Federal Rules of Civil Procedure.

## INSTRUCTIONS

Please answer each question without leaving any questions unanswered and sign under the pains and penalties of perjury and have information sent to the following address; Peter J. Donovan, 35 Longmeadow Road, Arlington, MA 02474 within the time frame allowed by Federal Rules of Civil Procedure.

## INTERROGATORY

1. Please list all email addresses and providers registered to your home address since June 2000.

PLAINTIFF'S EXHIBIT A6

2. Please list all email addresses that you have access to and providers registered to your current place of employment.

3. Please list all email addresses that you had access to and providers while you were city solicitor for the city of Woburn.

Dated this April ˙ , 2005

_____
Peter J. Donovan, pro se
35 Longmeadow Road
Arlington, MA 02472
Tel: 781-643-2848 (home)

**CERTIFICATE OF SERVICE**

I, PETER J. DONOVAN, HEREBY CERTIFY THAT I MAILED THIS MOTION WITH ATTACHEMENTS TO ANDREW BROOSLIN, EXETER PLAZA, BOSTON, MA 02116 VIA FIRST CLASS MAIL ON April 1, 2005.

_____
PETER J. DONOVAN

**peter donovan**

---

**From:** <abrooslin@bhpklaw.com>
**To:** "peter donovan" <pj_donovan@msn.com>
**Sent:** Friday, May 06, 2005 4:34 PM
**Subject:** Donovan v. Woburn

Peter,
The interrogatories are just about completed and I just need to get them signed. Could you give me another two weeks?
Thanks.
Andrew S. Brooslin, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
Tel: (617) 880-7100
Fax: (617) 880-7171

PLAINTIFF'S EXHIBIT B

5/11/2005

**peter donovan**

---

**From:** "peter donovan" <pj_donovan@msn.com>
**To:** <abrooslin@bhpklaw.com>
**Sent:** Friday, May 06, 2005 5:33 PM
**Subject:** Re: Donovan v. Woburn

Andrew:

I will give you until Wednesday May 11, 2005. Not to be a jerk about this matter, but this is a pattern that must be rectified by the court. Have you discussed a settlement with the city in this matter? What was the outcome? Again, I am very flexible to on any settlement the city has to offer.

Peter J. Donovan
781-643-2848

> ----- Original Message -----
> **From:** abrooslin@bhpklaw.com
> **To:** peter donovan
> **Sent:** Friday, May 06, 2005 4:34 PM
> **Subject:** Donovan v. Woburn
>
> Peter,
> The interrogatories are just about completed and I just need to get them signed. Could you give me another two weeks?
> Thanks.
> Andrew S. Brooslin, Esquire
> Brody, Hardoor, Perkins & Kesten, LLP
> One Exeter Plaza, 12th Floor
> Boston, MA 02116
> Tel: (617) 880-7100
> Fax: (617) 880-7171



PLAINTIFF'S EXHIBIT C

5/11/2005