Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848 (Tel)

May 11, 2005

Justice Zobel
United States District Court
United States Court House
1 Court House Way – Suite 2300
Boston, MA 02210

RE:    Peter J. Donovan Vs. City of Woburn, et. al.
       Docket 04-10614RWZ
       **SECOND LETTER**

Dear Judge Zobel:

I am writing this letter to see if there is any possible way to have a hearing on outstanding matters and an oral argument on my motion for partial summary judgment in mid June if your schedule allows? I understand that you are extremely busy with trials, but I am at a stand still because I only have depositions (no more than two days) to take and a business evaluation report for damages left before trial.

The outstanding issues before this court need to be completed before depositions can take place. In addition, I filed another Motion to Compel Defendant's to Answer Interrogatories. I need for this and other matters to be resolved ASAP so I can proceed.

Thank you for your time.

Sincerely,

Peter J. Donovan

CC:    Andrew Brooslin