UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF WOBURN, et. al. | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER TIME AND EXTEND NUMBER OF INTERROGATORIES THAT CAN ASKED

1. Now come the plaintiff and he Motions this Honorable Court to allow the following;

   - Extend Scheduling Order deadline until all current written discovery is complete.

   - Allow the number of Interrogatories asked by Plaintiff to be at least what has already been asked through second round of Plaintiff's Interrogatories.

May 23, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS REQUEST UPON THE DEFENDANT'S ATTORNEY VIA first class mail on May 23, 2005. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

PETER J. DONOVAN