UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | C.A. NO.: 04-10614RWZ |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
COMPEL ANSWERS TO INTERROGATORIES**

Now come the defendants and respectfully oppose the plaintiff's motion to compel answers to interrogatories on the grounds that the plaintiff has served in excess of 25 interrogatories upon the defendants in violation of Local Rule 26.1(C) and the plaintiff's interrogatories are wholly irrelevant and immaterial to this action and exceed the scope of permissible discovery.

The plaintiff previously served a total of twenty-two interrogatories upon the defendants in his first round of interrogatories. In his second round of interrogatories, the plaintiff served an additional thirteen interrogatories upon the defendant, bringing the total number of interrogatories served to thirty-five. As this court is well aware, Local Rule 26.1 (C) limits a party to twenty-five interrogatories. The second set of interrogatories served upon Paul Wentworth consisted of three interrogatories. The three interrogatories were answered, thereby bringing the number of interrogatories answered

by the defendants to twenty-five. The defendants objected to the remaining interrogatories on the grounds that the plaintiff served in excess of twenty-five interrogatories pursuant to Local Rule 26.1 (C). The interrogatories were improper and the defendants were not required to respond.

The defendant further objected to the interrogatories on the grounds that the interrogatories were irrelevant and exceed the scope of permissible discovery. The interrogatories served upon the defendants requested their personal and private e-mail addresses. Such information is irrelevant and immaterial to the subject matter of this action and is not likely to lead to any admissible evidence. The plaintiff has not made any showing that such information is relevant to the subject matter of this action.

Wherefore, the defendants respectfully request this court deny the plaintiff's motion to compel answers to interrogatories.

Respectfully submitted,
Defendants,
By their attorneys,


/s Andrew S. Brooslin
_____
Andrew S. Brooslin BBO #638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100