UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,  )
    Plaintiff,  )
                       )
V.  )        C.A. NO.:  04-10614RWZ
                       )
CITY OF WOBURN, CITY OF  )
WOBURN LICENSE COMMISSION,  )
PAUL WENTWORTH, J. KEVIN  )
MAGUIRE, OWEN MCCAFFREY,  )
STEVE PARIS AND EDWARD  )
ROBERTSON,  )
    Defendants.  )

## DEFENDANTS' ANSWER TO "AMENDED" AMENDED COMPLAINT AND JURY DEMAND

### Introduction

1.    This paragraph calls for legal conclusions which the defendants are not qualified to make, therefore, no answer is required. If a response is required, the defendants deny the allegations contained in paragraph 1 of the amended complaint.

### Parties

2.    The defendants are without sufficient information to admit or deny the allegations contained in this paragraph of the amended complaint.

3.    The defendants admit the allegations contained in this paragraph of the amended complaint.

4.    The defendants admit the allegations contained in this paragraph of the amended complaint.

5.    The defendants admit the allegations contained in this paragraph of the amended complaint.

6.    The defendants deny that J. Kevin Maguire is now a member of the Woburn License Commission, but admit the remaining allegations contained in this paragraph of the amended complaint.

7.    The defendants admit the allegations contained in this paragraph of the amended complaint.

8.    The defendants admit the allegations contained in this paragraph of the amended complaint.

9.    The defendants admit the allegations contained in this paragraph of the amended complaint.

## Jurisdiction

11.    This paragraph calls for legal conclusions which the defendants are not qualified to make, therefore, no answer is required.  If a response is required, the defendants deny the allegations contained in this paragraph of the amended complaint.

## Facts

12.    The defendants admit the allegations contained in this paragraph of the amended complaint.

13.    The defendants deny the allegations contained in this paragraph of the amended complaint.

14.    The defendants deny the allegations contained in this paragraph of the amended complaint.

15.    The defendants deny the allegations contained in this paragraph of the amended complaint.

16.    The defendants deny the allegations contained in this paragraph of the amended complaint.

17.    The defendants deny the allegations contained in this paragraph (and all subparts thereto) of the amended complaint.

18.    The defendants are without sufficient information to admit or deny the allegations contained in this paragraph of the amended complaint.

19.    The defendants deny the allegations contained in this paragraph of the amended complaint.

20.    The defendants deny the allegations contained in this paragraph of the amended complaint.

21.    The defendants deny the allegations contained in this paragraph (and all subparts thereto) of the amended complaint.

22.    The defendants deny the allegations contained in this paragraph of the amended complaint.

23.  The defendants admit the plaintiff submitted an application for a full package store license, but deny the remaining allegations contained in this paragraph of the amended complaint.

24.  The defendants admit Maguire recused himself from the hearing, the defendants deny the remaining allegations contained in this paragraph of the amended complaint.

25.  The defendants admit the allegations contained in this paragraph of the amended complaint.

26.  The defendants admit the plaintiff was denied a full package store license, but deny the remaining allegations contained in this paragraph of the amended complaint.

27.  The defendants deny the allegations contained in this paragraph of the amended complaint.

28.  The defendants deny the allegations contained in this paragraph of the amended complaint.

29.  The defendants deny the allegations contained in this paragraph of the amended complaint.

30.  The defendants deny the allegations contained in this paragraph of the amended complaint.

31.  The defendants deny the allegations contained in this paragraph of the amended complaint.

32.  The defendants deny the allegations contained in this paragraph of the amended complaint.

33.  The defendants deny the allegations contained in this paragraph of the amended complaint.

34.  The defendants admit the allegations contained in this paragraph of the amended complaint.

## OTHER FACTS

35.  The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

36.  The defendants deny the allegations contained in this paragraph (and all subparts thereto) of the amended complaint.

## FACTS SUPPORTING RICO VIOLATION AND OTHER VIOLATIONS

37.     The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

38.     The defendants admit the allegations contained in this paragraph of the amended complaint.

39.     The defendants admit allegations contained in this paragraph of the amended complaint.

40.     The defendants deny the allegations contained in this paragraph of the amended complaint.

41.     The defendants are unable to admit or deny as to the street value of licenses, but admit the remaining allegations contained in this paragraph of the amended complaint.

42.     The defendants admit the plaintiff has been trying to obtain a license since 1995, but deny the remaining allegations contained in this paragraph of the amended complaint.

43.     The defendants deny the allegations contained in this paragraph of the amended complaint.

44.     The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

45.     The defendants deny the allegations contained in this paragraph of the amended complaint.

46.     The defendants deny the allegations contained in this paragraph of the amended complaint.

47.     The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

48.     The defendants deny the allegations contained in this paragraph of the amended complaint.

49.     The defendants deny the allegations contained in this paragraph of the amended complaint.

50.     The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

51.     The defendants deny the allegations contained in this paragraph of the amended complaint.

52.    The defendants deny the allegations contained in this paragraph of the amended complaint.

53.    The defendants deny the allegations contained in this paragraph of the amended complaint.

54.    The defendants deny the allegations contained in this paragraph of the amended complaint.

55.    The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

56.    The defendants admit the allegations contained in this paragraph of the amended complaint.

57.    The defendants deny the allegations contained in this paragraph of the amended complaint.

58.    The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

59.    The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

60.    The defendants are unable to admit or deny the allegations contained in this paragraph of the amended complaint.

61.    The defendants deny the allegations contained in this paragraph of the amended complaint.

62.    The defendants deny the allegations contained in this paragraph of the amended complaint.

63.    The defendants admit the allegations contained in this paragraph of the amended complaint.

64.    The defendants deny the allegations contained in this paragraph of the amended complaint.

## RICO SCHEMES

65.    The defendants deny the allegations contained in this paragraph of the amended complaint.

66.    The defendants deny the allegations contained in this paragraph of the amended complaint.

67.   The defendants deny the allegations contained in this paragraph (and all subparts thereto) of the amended complaint.

68.   The defendants deny the allegations contained in this paragraph of the amended complaint.

69.   The defendants deny the allegations contained in this paragraph of the amended complaint.

70.   The defendants deny the allegations contained in this paragraph (and all subparts thereto) of the amended complaint.

71.   The defendants deny the allegations contained in this paragraph of the amended complaint.

72.   The defendants deny the allegations contained in this paragraph of the amended complaint.

73.   The defendants deny the allegations contained in this paragraph of the amended complaint.

74.   The defendants deny the allegations contained in this paragraph of the amended complaint.

75.   The defendants deny the allegations contained in this paragraph of the amended complaint.

76.   The defendants deny the allegations contained in this paragraph of the amended complaint.

77.   The defendants deny the allegations contained in this paragraph of the amended complaint.

COUNT I
(Breach of Contract/Agreement)

78.   The defendants repeat their responses to paragraphs 1 – 77 of this answer as if fully repeated and realleged herein.

79.   The defendants deny the allegations contained in this paragraph of the amended complaint.

80.   The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT II
### (Negligence)

81.   The defendants repeat their responses to paragraphs 1 – 80 of this answer as if fully repeated and realleged herein.

82.   The defendants deny the allegations contained in this paragraph of the amended complaint.

83.   The defendants deny the allegations contained in this paragraph of the amended complaint.

84.   The defendants deny the allegations contained in this paragraph of the amended complaint.

85.   The defendants deny the allegations contained in this paragraph of the amended complaint.

86.   The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT III
### (Violation of Equal Protection Clause of a "Class One" of the Fourteenth Amendment of the United States Constitution-All Defendants)

87.   The defendants repeat their responses to paragraphs 1 – 86 of this answer as if fully repeated and realleged herein.

88.   The defendants deny the allegations contained in this paragraph of the amended complaint.

89.   The defendants deny the allegations contained in this paragraph of the amended complaint.

90.   The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT IV
### (Violation of First Amendment Rights of the United States Constitution - All Defendants)

91.   The defendants repeat their responses to paragraphs 1 – 90 of this answer as if fully repeated and realleged herein.

92.   The defendants deny the allegations contained in this paragraph of the amended complaint.

93.   The defendants deny the allegations contained in this paragraph of the amended complaint.

94.   The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT V
### (Conspiracy – All Defendants)

95.   The defendants repeat their responses to paragraphs 1 – 94 of this answer as if fully repeated and realleged herein.

96.   The defendants deny the allegations contained in this paragraph of the amended complaint.

97.   The defendants deny the allegations contained in this paragraph of the amended complaint.

98.   The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT VI
### (Fraud and Willful Deception – All Defendants (except Paris and Robertson)

99.   The defendants repeat their responses to paragraphs 1 – 98 of this answer as if fully repeated and realleged herein.

100.   The defendants deny the allegations contained in this paragraph of the amended complaint.

101.   The defendants deny the allegations contained in this paragraph of the amended complaint.

102.   The defendants deny the allegations contained in this paragraph of the amended complaint.

103.   The defendants deny the allegations contained in this paragraph of the amended complaint.

104.   The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT VII
### (Federal Civil RICO ACT – WLC, Robertson, Paris, Wentworth, Maguire and McCaffrey)

105.   The defendants repeat their responses to paragraphs 1 – 104 of this answer as if fully repeated and realleged herein.

106.  The defendants deny the allegations contained in this paragraph of the amended complaint.

107.  The defendants deny the allegations contained in this paragraph of the amended complaint.

108.  The defendants deny the allegations contained in this paragraph of the amended complaint.

109.  The defendants deny the allegations contained in this paragraph of the amended complaint.

110.  The defendants deny the allegations contained in this paragraph of the amended complaint.

111.  The defendants deny the allegations contained in this paragraph of the amended complaint.

## COUNT VIII
(Intentional Infliction of Emotional Distress – All Defendants)

112.  The defendants repeat their responses to paragraphs 1 – 111 of this answer as if fully repeated and realleged herein.

113.  The defendants deny the allegations contained in this paragraph of the amended complaint.

Wherefore, the defendants respectfully request that this Court dismiss the plaintiff's amended complaint and award defendants costs and attorneys fees incurred in the defense of this matter.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants hereby state that the plaintiff's amended complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that their actions are immune from pursuant, as they were discretionary functions.

### THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the defendants' actions are entitled to qualified and good faith immunity.

## FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the plaintiff failed to exhaust all avenues of appeal available to him.

## FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants say that the plaintiff cannot recover for the reason that the has plaintiff failed to give proper notice of the damages allegedly suffered by the plaintiff to the defendant, as required by General Laws Chapter 258.

## SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the action is barred by applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the service of process was deficient.

## EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that process was deficient.

## NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that the action and conduct of the defendants, to the extent they occurred as alleged were undertaking in the good faith and performance of their official duties without malice and are therefore privileged under applicable law.

## TENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state that this action consists of a claim based upon the performance or failure to perform the discretionary function or duty on the part of a public employer or public employee, at use of his office or employment, and therefore, the plaintiff cannot recover in this action.

## ELEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant, City of Woburn, is immune from intentional tort liability pursuant to General Laws Ch. 258, §10.

## TWELFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants, Wentworth, Maguire, McCaffery, Paris and Robertson are immune from liability pursuant to General Laws Ch. 258, §2.

## THIRTEENTH AFFIRMATIVE DEFENSE

The action and conduct of the defendants Wentworth, Maguire and McCaffery, Paris and Robertson to the extent they occurred as alleged, were objectionably reasonable under the circumstances of which they were aware, and they enjoy a qualified immunity from suit and all liability arising therefrom.

## FOUREENTH AFFIRMATIVE DEFENSE

The defendant City of Woburn is immune from liability pursuant to General Laws Ch. 12, §11.

## FIFTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendants state the plaintiff's claim is barred by the doctrines of res judicata and collateral estoppel.

## JURY CLAIM

The defendants hereby request a trial by jury as to all counts of the plaintiff's amended complaint.

Respectfully submitted,
Defendants,
By their Attorneys,

/s/ Andrew S. Brooslin
Leonard H. Kesten, BBO #542042
Andrew S. Brooslin, BBO #638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA  02116
(617) 880-7100

Dated:  June 30, 2005