UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10614-RWZ

PETER J. DONOVAN

v.

CITY OF WOBURN, et al.

ORDER

June 13, 2005

ZOBEL, D.J.

Since 1994, plaintiff has repeatedly and unsuccessfully applied to the Woburn Licensing Commission ("WLC") for a package store license.[1]  His appeals to the Alcohol Beverages Control Commission, the Superior Court, and the Appeals Court provided occasional temporary relief, but did not result in the desired license.  An appeal from the grant of summary judgment to defendants in the Superior Court remains pending.  In 2004, plaintiff filed an action in this Court.  In his recently amended complaint, he asserts claims for breach of contract, negligence, fraud, conspiracy, intentional infliction of emotional distress, violations of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq., and violations of his rights under the First Amendment to the U.S. Constitution and under the Equal Protection Clause of the 14th Amendment.  He now moves for partial summary judgment with respect to the Equal Protection claim only.

---

[1] The WLC did vote to grant him a license in March 1995, but revoked it in June of that year.

The motion is denied. First, the facts underlying the claim are disputed. A review of the WLC's actions appears to suggest a fairly consistent lack of receptivity to plaintiff's applications. However, the appellate bodies that have considered plaintiff's assignment of error, have pointed out not only the very broad discretion given to the WLC, but have also noted distinct differences between plaintiff and other more successful applicants. Moreover, plaintiff acknowledges that he must show an intent to discriminate based on a "totally illegitimate animus," and that is a matter for trial, not summary judgment. Pl.'s Mot. at 6.

A second reason militates against granting the motion. Since the Massachusetts Appeals Court has recently heard arguments in this matter, considerations of comity dictate restraint by the federal court.

The motion for partial summary judgment is denied.


|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |