UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10614-RWZ

PETER J. DONOVAN

v.

CITY OF WOBURN, et al.

PRETRIAL ORDER

July 13, 2005

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Peter J. Donovan having appeared as pro se; and Jeremy Silverfine having appeared as counsel for defendant City of Woburn, et al., the following action was taken:

1.  TRIAL

Trial is scheduled to commence on August 29, 2005, at 9 a.m. and is estimated to last three to four days.

2.  JURY

The parties agreed to impanel eight jurors. Each side shall have four peremptory challenges. Counsel shall file proposed questions to the jury on voir dire no later than August 22, 2005.

3.  ISSUES

The parties agree that the only issues to be tried are:

a) whether defendants violated plaintiff's rights under the First Amendment by denying him a liquor license in retaliation for his speaking against them;

b) whether defendants violated plaintiff's Equal Protection rights by treating him differently from other applicants;

c) The amount of damages. Plaintiff claims lost profits, attorneys' fees and costs, and compensation for emotional distress. He also seeks punitive damages.

4. <u>WITNESSES</u>

On or before August 22, 2005, each party shall file a list of witnesses who will testify at trial.

5. <u>EXHIBITS</u>

Prior to the commencement of trial on August 29, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits, prepare a listing thereof, and file four copies. Objected-to exhibits shall be marked for identification and listed separately.

6. <u>REQUESTS AND QUESTIONS</u>

On the first day of trial, August 29, 2004, counsel shall file:

a. Requests for instructions; and

b. Proposed questions to the jury on special verdict.

2

| | |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |