**PETER J. DONOVAN**
**35 LONGMEADOW ROAD**
**ARLINGTON, MA 02474**
**781-643-2848**

July 19, 2005

Judge Zobel
US District Court
US Court House
1 Court House Way
Boston, MA 02210

RE:   Peter J. Donovan v. City of Woburn, et al
      Docket 04-10614RWZ

Dear Justice:

In our pretrial hearing held in your chambers on July 12, 2005, you indicated that I should do some research on the equal protection claim. I believe I answered your request in my Memorandum of Law supporting my Motion for Partial Summary Judgment even though it was denied. If not please inform.

Thank you for your time.

Sincerely,

Peter J. Donovan

CC:   Andrew Brooslin