UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN )
)
Vs. ) Case Number: 04-10614RWZ
)
CITY OF WOBURN, et al. )
)

### PLAINTIFF'S MOTION TO AMMEND PRETRIAL ORDER DATED JULY 13, 2005

Now comes the Plaintiff and he moves this Honorable Court to Amend Pretrial Order dated July 13, 2005 to the following;

1. Under Issues to be Tried Section C.) Damages must include issuing of liquor license by this Honorable Court if jury determines that defendants violated plaintiff's rights in any way shape or form.

Plaintiff moves this Honorable Court to include this language in PreTrial Order, because after all this license is the sole cause of the plaintiff's pain.

Dated: July 19, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

### Certificate of Service

I, Peter J. Donovan, mail a copy of this motion via first class mail on July 19, 2005 to Defendants Attorney. Signed under the pains and penalty of perjury.

Peter J. Donovan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10614-RWZ

PETER J. DONOVAN

v.

CITY OF WOBURN, et al.

PRETRIAL ORDER

July 13, 2005

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Peter J. Donovan having appeared as pro se; and Jeremy Silverfine having appeared as counsel for defendant City of Woburn, et al., the following action was taken:

1. TRIAL

Trial is scheduled to commence on August 29, 2005, at 9 a.m. and is estimated to last three to four days.

2. JURY

The parties agreed to impanel eight jurors. Each side shall have four peremptory challenges. Counsel shall file proposed questions to the jury on voir dire no later than August 22, 2005.

3. ISSUES

Exhibit "A"

The parties agree that the only issues to be tried are:

a) whether defendants violated plaintiff's rights under the First Amendment by denying him a liquor license in retaliation for his speaking against them;

b) whether defendants violated plaintiff's Equal Protection rights by treating him differently from other applicants;

c) The amount of damages. Plaintiff claims lost profits, attorneys' fees and costs, and compensation for emotional distress. He also seeks punitive damages.

4. WITNESSES

On or before August 22, 2005, each party shall file a list of witnesses who will testify at trial.

5. EXHIBITS

Prior to the commencement of trial on August 29, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits, prepare a listing thereof, and file four copies. Objected-to exhibits shall be marked for identification and listed separately.

6. REQUESTS AND QUESTIONS

On the first day of trial, August 29, 2004, counsel shall file:

a. Requests for instructions; and

b. Proposed questions to the jury on special verdict.

2

| | |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |