**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER J. DONOVAN ) | |
| ) | |
| Vs. ) | Case Number: 04-10614RWZ |
| ) | |
| CITY OF WOBURN, et al. ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION TO AMEND PRETRIAL ORDER DATED JULY 13, 2005**

Now comes the Plaintiff and he ask this Honorable Court to reconsider their denial of Plaintiff's Motion to Amend Pretrial Order dated July 13, 2005.

1. As indicated in earlier pleadings, this matter has "substantially" more weight than the matter before MA Appeals Court. In addition, if the MA Appeals rules in favor of plaintiff, there is a very good chance they will remand this matter to Federal Court if this matter is still pending in anyway shape or form.

2. At a minimum, this Court should give the jury the option of granting license along with other damages if they rule in plaintiff's favor.

3. It is quite obvious that the defendant's are protecting this license at all cost based on their Motion in Opposition to Plaintiff's Motion to Amend Pre-Trial Order. This is why, if jury finds for plaintiff -- license must be issued.

Plaintiff moves this Honorable Court to reconsider their denial of Plaintiff Motion to Amend Language in PreTrial Order.

Dated: August 11, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

## Certificate of Service

I, Peter J. Donovan, mail a copy of this motion via first class mail on August 11, 2005 to Defendants Attorney. Signed under the pains and penalty of perjury.

_____
Peter J. Donovan

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Urso, Lisa entered on 8/5/2005 at 1:38 PM EDT and filed on 8/5/2005
Case Name:     Donovan v. City of Woburn et al
Case Number:   1:04-cv-10614
Filer:
Document Number:

Docket Text:
Judge Rya W. Zobel : electronicORDER entered denying [57] Motion to Amend (Urso, Lisa)

The following document(s) are associated with this transaction:

1:04-cv-10614 Notice will be electronically mailed to:

Andrew S. Brooslin    abrooslin@BHPKlaw.com, gsmith@bhpklaw.com

Leonard H. Kesten    lkesten@bhpklaw.com, dcorbett@bhpklaw.com

1:04-cv-10614 Notice will not be electronically mailed to:

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02472

Exhibit "A"