UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN, )
    Plaintiff )
 )
VS. )     Case Number: 04-10614RWZ
 )
CITY OF WOBURN, et al. )
    Defendants. )
 )

## PLAINTIFF'S PROPOSED JURY VOIR-DIRE

1. Have you or any member of your family worked for local or state government?

2. Have you or any member of your family ever held elected or appointed public office?

3. Have you or any member of your family ever had an incident that involved alcohol such as drunk driving, fighting etc.

4. Do you personally have a problem with a company that sells high-end wines and gift baskets who's primary market is geared towards business?

Dated: August 15, 2005

                              Peter J. Donovan
                              35 Longmeadow Road
                              Arlington, MA 02474
                              781-643-2848

### Certificate of Service

I, Peter J. Donovan, mail a copy of this motion via first class mail on August 15, 2005 to Defendants Attorney. Signed under the pains and penalty of perjury.

                              Peter J. Donovan