UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN, )
    Plaintiff )
)
VS. )    Case Number: 04-10614RWZ
)
CITY OF WOBURN, et al. )
    Defendants. )
)

## PLAINTIFF'S WITNESS LIST

The names and addresses of witnesses who shall testify at the trial.

Police Chief Philip Mahoney
WPD
25 Harrison Avenue
Woburn, MA 01801

Mayor John Curran
City of Woburn
10 Common Street
Woburn, MA 01801

Thomas Lawton
City Solicitor
City of Woburn
10 Common Street
Woburn, MA 01801

Ted Rose
5 Hobson Avenue
Woburn, MA 01801

Police Officer Gerry Gately (standby witness)
WPD
25 Harrison Avenue
Woburn, MA 01801

Police Officer Stokes (standby witness)
WPD
25 Harrison Avenue
Woburn, MA 01801

Police Officer Mantone
WPD
25 Harrison Avenue
Woburn, MA 01801

| | |
|---|---|
| Paul Meaney, Director<br>Woburn Business Association<br>10 Tower Office Park, suite 416<br>Woburn, MA 01801 | Oliver Galante<br>43 Poole Street<br>Woburn, MA 01801 |
| Alderman Paul Medeiros<br>City of Woburn<br>10 Common Street<br>Woburn, MA 01801 | Attorney/Author John McElhiney<br>607 Main Street<br>Woburn, MA 01801 |
| Editor Jim Haggerty<br>Woburn Daily Times<br>1 Arrow Drive<br>Woburn, MA 01801 | John O'Doherty<br>125 Garfield Avenue<br>Woburn, MA 01801 |
| Jean O'Connor<br>30 Mayflower Road<br>Woburn, MA 01801 | Regina Donovan<br>35 Longmeadow Road<br>Arlington, MA 02474 |
| John Cashell<br>173 Lexington Street<br>Woburn, MA 01801 | *Peter J. Donovan*<br>*35 Longmeadow Rd*<br>*Arlington, MA 02474* |

Expert Witnesses:   David Humphrey CPA, CVA
                    Beacon Capital Group
                    1500 Providence Highway
                    Norwood, MA 02062-4641
                     (referred by Carl Blanchard CPA, CVA)

                    Dr. Marcus
                    Marcus Mental Health Associates
                    898 Main Street
                    Winchester, MA 01890

The plaintiff reserves the right to call any witness named by the defendant and to add to this list after the Court's hearing on admissibility of evidence.

Dated:  August 15, 2005

_____
Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

**Certificate of Service**

I, Peter J. Donovan, mail a copy of this motion via first class mail on August 15, 2005 to Defendants Attorney. Signed under the pains and penalty of perjury.

_____
Peter J. Donovan