UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN )
)
Vs. )   Case Number: 04-10614RWZ
)
CITY OF WOBURN, et al. )
)

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO RESCHEDULE TRIAL

Now comes the Plaintiff and he ask this Honorable Court to DENY DEFENDANT'S MOTION TO RESCHEDULE TRIAL FOR THE FOLLOWING REASONS;

1. Since July 12, 2005, the Plaintiff has worked diligently in preparing an August 29, 2005 trial. Based on over ten years of experience in dealing with the defendants on said license issue, Donovan knew that the city would not settle this matter regardless of set trial date as suggested by this court.

2. The Plaintiff has notified all witnesses with subpoenas for a trial to take place on August 29, 2005.

3. The Plaintiff attended a "last minute" deposition on August 8, 2005 at the defendant's request to show good faith.

4. The matter before MA Appeals Court as indicated in earlier pleadings has no bearing on said case before this court. The only matter before MA Appeals Court is on the issue of "Arbitrary and Capricious".

5. The Plaintiff has requested that MA Appeals Court delay its decision until Federal Trial is over with. *Please note: the defendants did not file an objection in MA Appeals Court to plaintiff's request for delay* (emphasis added) (Exhibit "A").

6. This court has about 95% of the evidence that will be presented at trial. Based on this evidence and the many years of experience this court has in these matters – this court can make a "reasonable assessment" based on a preponderance of the evidence presented to it, that this evidence "could" support a civil rights violation. If so, then it must go to trial and it will be up to a jury to decide if it actually does support a civil rights violation.

7. The motion filed by the defendants is a *"last ditch effort"* (emphasis added) to avoid a jury decision. In their memo, they indicate judicial economy. The last time Donovan looked, there is a separation between federal and state governments. The issue before MA Court of Appeals is a state issue. The issue before this court is a Federal issue. Both issues are totally different even though the fact patterns are generally the same. Please note: The Federal case has greater detail as to specific acts than the state case has.

Plaintiff prays that this Honorable Court will deny defendants motion to reschedule trial.

Dated: August 15, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

### Certificate of Service

I, Peter J. Donovan, mail a copy of this motion via first class mail on August 15, 2005 to Defendants Attorney. Signed under the pains and penalty of perjury.

Peter J. Donovan

# APPEALS COURT
## Panel Cases
### Case Docket

**PETER J. DONOVAN vs. CITY OF WOBURN & others**
2004-P-0734

## CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | Argued, under advisement | **Status Date** | 03/10/2005 |
| **Nature** | Administrative law | **Entry Date** | 05/26/2004 |
| **Sub-Nature** | Denial of pkg. store license | **SJ Number** | |
| **Appellant** | Plaintiff | **Case Type** | Civil |
| **Brief Status** | | **Brief Due** | |
| **Panel** | Laurence, Beck, McHugh, JJ. | **Argued/Submitted** | 03/10/2005 |
| **Citation** | | **Decision Date** | |
| **Lower Court** | Middlesex Superior Court | **TC Number** | MICV2003-03568 |
| **Lower Ct Judge** | Judith Fabricant, J. | **TC Entry Date** | 08/28/2003 |

## INVOLVED PARTY

**Peter J. Donovan**
Plaintiff/Appellant
Blue br, app & reply br filed

**City of Woburn**
Defendant/Appellee
Red brief filed
1 Extension, 33 Days

**City of Woburn License Commission**
Defendant/Appellee
Red brief filed
1 Extension, 33 Days

**Paul Wentworth**
Defendant/Appellee
Red brief filed
1 Extension, 33 Days

**Kevin Maguire**
Defendant/Appellee
Red brief filed
1 Extension, 33 Days

**Owen McCaffery**
Defendant/Appellee
Red brief filed
1 Extension, 33 Days

## ATTORNEY APPEARANCE

Evan T. Lawson, Esquire
Michael Williams, Esquire

Leonard H. Kesten, Esquire
Andrew S. Brooslin, Esquire

Leonard H. Kesten, Esquire
Andrew S. Brooslin, Esquire

Leonard H. Kesten, Esquire
Andrew S. Brooslin, Esquire

Leonard H. Kesten, Esquire
Andrew S. Brooslin, Esquire

Leonard H. Kesten, Esquire
Andrew S. Brooslin, Esquire

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 05/26/2004 | #1 | Entered. |
| 05/27/2004 | #2 | Notice of appearance of Evan T. Lawson, Esquire for Peter J. Donovan. |
| 07/06/2004 | #3 | SERVICE of brief & appendix-1 vol., 7 sets for Plaintiff/Appellant Peter J. Donovan. |
| 07/16/2004 | #4 | MOTION to extend brief due date of City of Woburn License Commission, City of Woburn, Paul Wentworth, J. Kevin Maguire and Owen McCaffery. |
| 07/16/2004 | | RE#4: Extension to 09/07/2004 granted for filing of brief of City of Woburn, City of Woburn License Commission, Paul Wentworth, J. Kevin Maguire and Owen McCaffery Defendants/Appellees. No further enlargements. *Notice. |

*Exhibit A*

| Date | Entry | Description |
|---|---|---|
| 09/07/2004 | #5 | SERVICE of brief for Defendants/Appellees City of Woburn, et al. |
| 09/22/2004 | #6 | SERVICE of reply brief for Plaintiff/Appellant Peter J. Donovan. |
| 02/15/2005 | #7 | Notice of 03/10/2005, 9:30 A.M. argument at John Adams Courthouse sent. |
| 03/10/2005 |  | Oral argument held. (L BK MC). |
| 05/17/2005 | #8 | Request to submit new case law and new information that has come available since original briefs were filed, filed by Peter J. Donovan (pro se). |
| 05/19/2005 | #9 | Request to submit new case law and new information that has come available since Monday May 16, 2005, filed by Peter J. Donovan (pro se). |
| 06/08/2005 | #10 | Request to submit New City of Woburn Municipal code change that has a direct impact on the matter before this court, that has come available since original briefs were filed, filed by Peter J. Donovan. |
| 07/20/2005 | #11 | Letter from Peter J. Donovan, Esq. re: request to delay decision of Appeals Court until US District Civil Rights Trial is over. Trial is scheduled for August 29, 2005, w/attach. |

As of 07/21/2005 01:02

Exhibit A

http://ma-appellatecourts.org/display_docket.php?dno=2004-P-0734&pf=y        8/13/2005