UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
)
V. ) C.A. NO.: 04-10614RWZ
)
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

## DEFENDANTS' WITNESS LIST

1. Peter J. Donovan, 35 Longmeadow Road, Arlington, MA
2. Paul Wentworth, 17 Highet Avenue, Woburn, MA
3. Owen McCaffrey, 19 Duren Avenue, Woburn, MA
4. J. Kevin Maguire, Woburn, MA
5. Edward Robertson, Esquire, 16 Hart Place, Woburn, MA
6. Steven Paris, City Hall, 10 Common Street, Woburn, MA
7. Thomas Lawton, Esquire, City Hall, 10 Common Street, Woburn, MA
8. Mayor John Curran, City Hall, 10 Common Street, Woburn, MA
9. Edward Rabbitt, Woburn, MA
10. Robert Dever, Woburn, MA
11. Ellen C. Doucette, Woburn, MA
12. Any witness listed by the plaintiff and not called at time of trial
13. Rebuttal witnesses

Respectfully submitted,
Defendants,
By their attorneys,

/s Andrew S. Brooslin

Leonard H. Kesten, BBO No.: 542042
Andrew S. Brooslin, BBO No.: 638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: August 22, 2005