UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,        )
    Plaintiff,              )
                                )
V.                              )   C.A. NO.: 04-10614RWZ
                                )
CITY OF WOBURN, CITY OF         )
WOBURN LICENSE COMMISSION,      )
PAUL WENTWORTH, J. KEVIN        )
MAGUIRE, OWEN MCCAFFREY,        )
STEVE PARIS AND EDWARD          )
ROBERTSON,                      )
    Defendants.             )

## DEFENDANTS' VOIR DIRE

1. Have you, any friend of yours or any family members been employed by a Town or City?

2. Have you, any friend of yours or any family member been involved in litigation involving a Town or City?

3. Have you, any friend of yours or any family member been involved in litigation involving the City of Woburn?

4. Have you, any friend of yours or any family member ever lived in the City of Woburn?

5. Have you, any friend of yours or any family member received compensation from a Town or City for damages?

6. Have you, any friend of yours or any family member been elected or appointed to a position in a Town or City?

7. Have you, any friend of yours or any family member been denied a position in a Town or City?

8. Have you, any friend of yours or any family member ever served on a licensing commission?

9. Have you, any friend of yours or any family member ever applied for a license from a Town or City licensing commission?

10. Have you, any friend of yours or any family member ever been denied a license from a Town or City licensing commission?

11. Have you, any friend of yours or any family member ever owned or operated a package store?

12. Have you, any friend of yours or any family member ever worked in the liquor, wine and/or beer industry?

13. Have you read any newspaper or magazine articles regarding the plaintiff's attempts to secure a package store license from the City of Woburn?

14. Do you, any friend of yours or any family member know or have any relationship with any employees, elected officials or appointed officials from the City of Woburn?

15. Do you, any friend of yours or any family member know or have any relationship with the plaintiff or Boston Beer & Wine Company?

16. Have you, any friend of yours or any family member retained or been involved in litigation involving the law firm of Brody, Hardoon, Perkins & Kesten, LLP?

>Respectfully submitted,
>Defendants,
>By their attorneys,
>
>/s Andrew S. Brooslin
>
>Leonard H. Kesten, BBO No.: 542042
>Andrew S. Brooslin, BBO No.: 638238
>Brody, Hardoon, Perkins & Kesten, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

Dated: August 22, 2005