UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | C.A. NO.: 04-10614RWZ |

### DEFENDANTS' MOTION IN LIMINE TO QUASH SUBPOENAS

Now come the defendants and move to quash the witness subpoenas served by the plaintiff upon Thomas Lawton, Paul Medeiros, Oliver Galante, Chief Philip Mahoney, Mayor John Curran and Keeper of Records for the City of Woburn Legal Department as the plaintiff lacks the authority to issue subpoenas pursuant to Fed.R.Civ.P. 45(a)(3).

The trial subpoenas served on the above-listed individuals were signed and issued by the plaintiff. (See Subpoenas, attached hereto as Exhibit 1). Pursuant to Fed.R.Civ.P. 45(a)(3), a subpoena can only be signed by either a clerk of the court or an attorney. Fed.R.Civ.P. 45 (a)(3); See Zhou v. Pittsburg State University, 2002 WL 1932538 (D.Kan.). It is undisputed that the plaintiff is neither. There is also no dispute that the signature is that of the plaintiff or that the plaintiff is the issuing officer as he clearly identifies himself on the subpoena as the issuing officer. Further, the plaintiff did not provide attendance and mileage fees as required by Fed.R.Civ.P. 45(b)(1). (See Affidavits, attached hereto as Exhibit 2).

The plaintiff does not have the authority to issue trial subpoenas upon Thomas Lawton, Paul Medeiros, Oliver Galante, Chief Philp Mahoney, Mayor John Curran and Keeper of Records for the City of Woburn Legal Department and that he failed to provide the subpoenaed witnesses with attendance and mileage fees.

Wherefore the defendants respectfully request that the plaintiff's trial subpoenas be quashed.

Respectfully submitted,

Defendants,

By their Attorneys,

/s Andrew S. Brooslin

_____/s/ Andrew S. Brooslin_____
Leonard H. Kesten, BBO No.: 542042
Andrew S. Brooslin, BBO No.: 638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100