

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF THOMAS W. LAWTON, ESQUIRE

I, Thomas W. Lawton, Esquire, do swear under the pains and penalties of perjury.

1. I was served with subpoenas to appear on August 29, 2005, for the trial of this action.

2. I was served with subpoenas both individually and as the Keeper of Records of the City of Woburn Legal Department

3. I was not provided with an attendance fee with the individual subpoena.

4. I was not provided with an attendance fee with the Keeper of Records subpoena.

5. I was not provided with mileage fees with the individual subpoena.

6. I was not provided with mileage fees with the Keeper of Records subpoena.

Signed under the pains and penalties of perjury this 24th day of August, 2005.

_____
Thomas W. Lawton, Individually and as Keeper of
Records of Woburn Legal Department

08/24/05  13:04 FAX 6178807171        BRODY HARDOON PERKINS KE                    ☒003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se,            )
    Plaintiff,                       )
                                    )
V.                                  )     C.A. NO.: 04-10614RWZ
                                    )
CITY OF WOBURN, CITY OF             )
WOBURN LICENSE COMMISSION,          )
PAUL WENTWORTH, J. KEVIN            )
MAGUIRE, OWEN MCCAFFREY,            )
STEVE PARIS AND EDWARD              )
ROBERTSON,                          )
    Defendants.                      )

## AFFIDAVIT OF MAYOR JOHN CURRAN

I, John Curran, do swear under the pains and penalties of perjury.

1.   I am the Mayor of the City of Woburn.

2.   I was served with a subpoena to appear on August 29, 2005, for the trial of this action.

3.   I was not provided with an attendance fee.

4.   I was not provided with any mileage fees.

Signed under the pains and penalties of perjury this 24th day of August, 2005.

                                                                                          _/s/ John C. Curran_____
                                                                                          Mayor John Curran
                                                                                          City of Woburn

08/24/05  13:04 FAX 6178807171    BRODY HARDOON PERKINS KE    ☒004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF OLIVER GALANTE

I, Oliver Galante, do swear under the pains and penalties of perjury.

1. I was served with a subpoena to appear on August 29, 2005, for the trial of this action.

2. I was not provided with an attendance fee.

3. I was not provided with any mileage fees.

Signed under the pains and penalties of perjury this 24th day of August, 2005.

_____
Oliver Galante

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER J. DONOVAN pro se, )
    Plaintiff, )
)
V. ) C.A. NO.: 04-10614RWZ
)
CITY OF WOBURN, CITY OF )
WOBURN LICENSE COMMISSION, )
PAUL WENTWORTH, J. KEVIN )
MAGUIRE, OWEN MCCAFFREY, )
STEVE PARIS AND EDWARD )
ROBERTSON, )
    Defendants. )

## AFFIDAVIT OF CHIEF PHILIP MAHONEY

I, Philip Mahoney, do swear under the pains and penalties of perjury.

1.    I am the Police Chief for the City of Woburn.

2.    I was served with a subpoena to appear on August 29, 2005, for the trial of this action.

3.    I was not provided with an attendance fee.

4.    I was not provided with any mileage fees.

Signed under the pains and penalties of perjury this 24 day of August, 2005.

_____
Chief Philip Mahoney
City of Woburn Police Department

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>Defendants. | C.A. NO.: 04-10614RWZ |

### AFFIDAVIT OF PAUL MEDEIROS

I, Paul Medeiros, do swear under the pains and penalties of perjury.

1. I was served with a subpoena to appear on August 29, 2005, for the trial of this action.

2. I was not provided with an attendance fee.

3. I was not provided with any mileage fees.

Signed under the pains and penalties of perjury this 23rd day of August, 2005.

_____
Paul Medeiros