Peter J. Donovan
Income Projections, Earnings Potential & Primary Market
Donovan v. City of Woburn et al
Docket 04-10614-RWZ

### I. PJD's Income Projections:

G&W Gross Sales MA Only

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 2,985,000 | $ 5,685,000 | $ 6,310,000 | $ 5,960,000 | $ 6,553,000 | $ 5,780,000 | $ 5,013,000 | $ 4,135,000 | $ 4,135,000 | $ 4,135,000 | $ 2,067,500 |

PJD's assumes 10% of G&W's MA Market

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 298,500 | $ 568,500 | $ 631,000 | $ 596,000 | $ 655,300 | $ 578,000 | $ 501,300 | $ 413,500 | $ 413,500 | $ 413,500 | $ 206,750 |

G&W's 10 Year Gross Sales MA Average

$ 5,089,775

PJD's assumption of 10% G&W's Gross Sales

508,977.50

### II. PJD's Earnings Potential:

PJD's earnings range would be with product mark up range of 30-40%

$25,000 to $100,000 per year (waiting on number from Beacon Capital)

### III. PJD's Primary Market:

a. 10,000 business within a five radius of proposed location
b. 15,000 to 25,000 employees of Woburn's Industrial Park (mostly white collar)

### IV. Other Information:

a. Woburn has seven (7) existing package stores serving the 37,000 or so residential population within the city (equates to roughly 5,300 customers per store)
b. There is not one package store located in Woburn's Cummings Park or Industrial Park
c. Since 1992, at least four other applicants have submitted package store license applications for Woburn's Cummings Park or Industrial Park
d. 50% of North Woburn Package Store license transferred for $250,000 in 2002. Family transfer.
e. Gavin's license only sold for $125,000 in 1999.
f. Colonial Package Store license transferred for $100,000 in 1996. Family transfer.

### V. Comments:

a. G&W went private sometime in 2003. In years 2003, 2004 and 2005 PJD assumed 2002 gross sales numbers
b. PJD assumes six months of gross sales in 1995 and 2005. G&W gross sales in 1995 were $5,970,000. G&W gross sales in 2005 were $4,135,000.


EXHIBIT 1