UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10614-RWZ

PETER J. DONOVAN

v.

CITY OF WOBURN, et al.

ORDER

August 30, 2005

ZOBEL, D.J.

On the morning that trial in this matter was scheduled to begin, August 29, 2005, defendants raised the defense of res judicata. Believing that the matter was likely barred by the doctrine of res judicata, the Court continued the trial over plaintiff's objection and permitted him to file a motion for reconsideration. If plaintiff files such a motion, the parties shall, in their memoranda, address the question whether defendants waived the defense of res judicata by failing to raise it as an affirmative defense in their responsive pleadings, and bringing it to the Court's attention in the very last minute, just before the jury impanelment.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |