UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHSUETTS

CASE NUMBER: 04-10614RWZ

| | |
|---|---|
| PETER J. DONOVAN, pro se, | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF WOBURN, et. al. | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION – FOR FAILURE TO FILE WITHIN ALLOWED TIME FRAME PURSUANT TO LOCAL RULE 7.1 (b) (2)**

Now come the plaintiff and moves this Honorable Court to deny defendants motion in opposition to plaintiff's motion for reconsideration for failure to file within allowed time frame pursuant to local rule 7.1 (b)(2).

1. There is good reason to believe that defendants used this extra time thinking that they can file motions late knowing that Justice Zobel was on vacation during time motion was filed. The Plaintiff filed his Motion for Reconsideration on September 8, 2005 and this court received it on September 9, 2005.

2. In addition, on September 29, 2005 plaintiff made a formal request that once MA Appeals Court decides the state issue (arbitrary and capricious) that they forward all other matters to Federal Court.

Defendants have a history in this matter of not producing items in a timely fashon, THEREFORE THIS HONORABLE COURT must deny defendant's motion in opposition sending a clear message to them.

October 1, 2005

Peter J. Donovan
35 Longmeadow Road
Arlington, MA 02474
781-643-2848

CERTIFICATE OF SERVICE

I, PETER J DONOVAN, SERVED A COPY OF THIS REQUEST UPON THE DEFENDANT'S ATTORNEY VIA FIRST CLASS MAIL ON OCTOBER 1, 2005. SIGNED UNDER THE PAIN AND PENALTIES OF PERJURY.