**Peter J. Donovan**
**35 Longmeadow Road**
**Arlington, MA 02474**
**781-643-2848 (Tel)**

November 10, 2005

Justice Zobel
United States District Court
United States Court House
1 Court House Way – Suite 2300
Boston, MA 02210

RE:    Peter J. Donovan Vs. City of Woburn, et. al.
        Docket 04-10614RWZ

Dear Judge Zobel:

As mentioned in my Motion for Reconsideration in regards Res Judicata, the mayor race
in Woburn would be a close race and any negative publicity Mayor Curran had would be
a detriment to his campaign. Well, he lost. So, based on the political change in Woburn
in January 2006 and the pending MA Appeals Court's decision, I ask you to hold off on
your decision until MA Appeal Court renders their final decision which should hopefully
happen by years end. In addition, I formally requested MA Appeals Court to forward any
decision to US District Court for further proceedings.

As indicated on many occasions, I just want to go into business and not fight city
officials. This new change in city government could only help my matter.

I hope you and your family have a safe and wonderful holiday season. Thank you for
your time.

Sincerely,

Peter J. Donovan

CC:    Andrew Brooslin



# WOBURN ADVOCATE

Home > Woburn Advocate > Local News

## McLaughlin runs away with mayor's race
By **Michael Marotta**/ Staff Writer
Thursday, November 10 2005

The city of Woburn will soon have new mayor.

For the first time since 1962 - when Ed Gill toppled Jack Gilgun to kick start a near-decade in the City Hall corner office - an incumbent mayor fell to his challenger as Ward 7 Alderman Thomas McLaughlin defeated Mayor John Curran by 881 votes, sweeping each of Woburn's seven wards and causing what many are calling a significant upset in the city's rich political history.

The final tally gave McLaughlin 5,855 votes, easily surpassing Curran's 4,974.

At his victory party at the American Legion Hall on Cambridge Road Tuesday night, McLaughlin thanks his legions of supporters and said he would not have run for mayor if he truly felt he didn't have a chance at defeating the four-year incumbent.

He added that the city was ripe for a change in its leadership in the wake of rising taxes and growing concerns about the city's water supply.

"I think the time was right for a change in the city's administration, and I think it was the right time for the change," McLaughlin said. "It was clear the people wanted change."

Alderman-at-Large Joanna Gonsalves, who successfully ran unopposed to extend her own term on the City Council agreed with the mayor-elect.

"They voters asked for change, and they got it," she said.

That change came from an impressive showing by voters favoring the New Village Road resident and former state police lieutenant who's been the city's Ward 7 alderman the past two years. McLaughlin's 5,855 votes were buoyed by a high of 1,013 in his home turf in Ward 7 and 911 in Ward 4. His largest margin of victory, 270 votes, came in North Woburn's Ward 6, where McLaughlin defeated Curran 813 to 543. His other margins of victory, ranging from 172 votes in Ward 5, to just 31 in Ward 3, were enough for the sweep.

Curran conceded the election as the numbers began to crystallize shortly after 8:30 p.m., and the two candidates briefly embraced each other in the City Hall lobby before Curran addressed the city on its cable channel.

"He congratulated me and was very gracious," McLaughlin said of the exchange.

While being interviewed by the city's cable access channel, Curran said he "had no regrets" and defended his tenure as mayor, saying the city still has some of the lowest tax rates in the region in an era of dwindling state aid and a rising cost of living and services.

State Rep. Patrick Natale, D-Woburn, said at McLaughlin's victory party that it likely was the growing concern over the city's tax rate that did Curran in, but was still surprised at the day's results. "You couldn't have predicted this," Natale said.

But many of the few hundred in attendance at the late-night celebration probably would have disagreed. McLaughlin's childhood friend, John Cunel, said the mayor-elect deserves a chance to lead the city.

"I grew up with Thom, and we had some good times," Cunel said. "I can't think of a more honest man fore the job... Thom's a gentleman, and he's always been, his whole life. He's never changed."

As the election drew near, McLaughlin said his confidence grew with each passing day, and felt extremely positive in the week leading up to Election Day.

"My confidence ebbed the last few weeks, as a result of the feedback I got from going door-to-door," he said. "They all said 'I'm voting for you.'"

Though he was content to just let the thrill of victory set in, he gave a brief hint to his upcoming offering a peek into his first order of business. When asked, his answer came quickly.

"My first order of business? To go to my inauguration and be sworn in," he said with a laugh.



Outside the Joyce Middle School, supporters of mayoral challenger Thomas McLaughlin held signs (Staff photo by Ann Ringwood)

### Herald Interactive Tools

 Recent articles

 E-mail article to a friend

 View graphic version

 Search site

 Subscribe to Woburn Advocate