**Peter J. Donovan**
35 Longmeadow Road
Arlington, MA 02474
781-643-2848 (Tel)

January 15, 2006

Justice Zobel
United States District Court
United States Court House
1 Court House Way – Suite 2300
Boston, MA 02210

RE: Peter J. Donovan Vs. City of Woburn, et. al.
    Docket 04-10614RWZ

Dear Judge Zobel:

Attached, please find MA Court of Appeal's decision dated January 13, 2006. The decision speaks for itself and I would like to go forward with a trial on civil rights violations.

Regarding outstanding issues such as res judicata; please refer to my motion for reconsideration for analysis. But here is a reminder – if I brought civil rights claims up in the state case, the process would be where we sit today. First the state court would hear the arbitrary and capricious or error of law issue before a single justice, then the appeal process would begin on that issue. After the appeals is resolved (as it was on January 13, 2006), then I would proceed with a civil rights trial before a jury of my peers. So in other words, we would be where we are today. The process I took did not duplicate any processes. State court did not consider or attempt to consider any civil rights violations as is required to meet a res judicata affirmative defense. The civil rights issue must be fully adjudicated, which it was not. If the defendants still want to play these minor technical games of res judicata on the July 2003 matter that was before MA Appeals Court – then I will seek a Motion to Revive and Amend state case with formal claims for civil rights violations. The statute of limitations runs out in July 2006 so there is plenty of time.

Regarding prior claims for civil rights violations such as May 2001, November 2001, May 2002 which are listed in my complaint, these violations have nothing to do with the MA Appeals Court matter and by right this court must allow me to proceed with a trial on these issues. My schedule is open for the months of March and April for a trial.

Thank you for your time.

Sincerely,

Peter J. Donovan

CC: Andrew Brooslin