UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. DONOVAN pro se,<br>    Plaintiff,<br><br>V.<br><br>CITY OF WOBURN, CITY OF<br>WOBURN LICENSE COMMISSION,<br>PAUL WENTWORTH, J. KEVIN<br>MAGUIRE, OWEN MCCAFFREY,<br>STEVE PARIS AND EDWARD<br>ROBERTSON,<br>    Defendants. | )<br>)<br>)<br>)   C.A. NO.: 04-10614RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii) or Federal R. Civ. P. that all claims in this action be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys fees, and waive all rights of appeal.

Respectfully submitted,

Plaintiff,

/signature/

Peter J. Donovan, Pro Se
35 Longmeadow Road
Arlington, MA 02474
781 643 2848

Defendants,
By their attorneys,

/s/Leonard H. Kesten

Leonard H. Kesten, BBO No.: 542042
Andrew S. Brooslin, BBO No.: 638238
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617 880 7100

Dated: June 26, 2006